| | |
|---|---|
| | Expedited Bill No. __21-22__ |
| | Concerning: __Weapons – Firearms In or Near Places of Public Assembly__ |
| | Revised: __11/10/2022__   Draft No. __2__ |
| | Introduced: __July 12, 2022__ |
| | Enacted: __November 15, 2022__ |
| | Executive: __November 28, 2022__ |
| | Effective: __November 28, 2022__ |
| | Sunset Date: __None__ |
| | Ch. __36__ , Laws of Mont. Co. __2022__ |

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

Lead Sponsor: Council President Albornoz
Co-Sponsors: Councilmembers Hucker, Friedson, Jawando, Riemer, and Katz; Council Vice-President Glass; and Councilmember Rice

**AN EXPEDITED ACT** to:
(1)    prohibit the possession of firearms in or near places of public assembly, with certain exemptions;
(2)    remove an exemption that allows individuals with certain handgun permits to possess handguns within 100 yards of a place of public assembly; and
(3)    generally amend the law regarding restrictions against firearms in the County.

By amending
Montgomery County Code
Chapter 57, Weapons
[[Section]] Sections 57-1, 57-7, and 57-11

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| Underlining | *Added to existing law by original bill.* |
| [Single boldface brackets] | *Deleted from existing law by original bill.* |
| Double underlining | *Added by amendment.* |
| [[Double boldface brackets]] | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland approves the following Act:*

**EXHIBIT B**

**Sec. 1.  [[Section]] <u>Sections 57-1, 57-7, and</u> 57-11 [[is]] <u>are</u> amended as follows:**

**57-1. Definitions.**

\*       \*       \*

*Gun* or *firearm:* Any rifle, shotgun, revolver, pistol, ghost gun, undetectable gun, air gun, air rifle or any similar mechanism by whatever name known which is designed to expel a projectile through a gun barrel by the action of any explosive, gas, compressed air, spring or elastic.

\*       \*       \*

(2)    "Ghost gun" means a firearm, including an unfinished frame or receiver, that<u>:</u>

    <u>(A)</u>    lacks a unique serial number engraved or cased in metal alloy on the frame or receiver by a licensed manufacturer, maker or importer [[under]] <u>in accordance with</u> federal law [or]<u>; and</u>

    <u>(B)</u>    <u>lacks</u> markings <u>and is not registered with the Secretary of the State Police</u> in accordance with [[27 C.F.R. § 479.102]] <u>Section 5-703(b)(2)(ii) of the Public Safety Article of the Maryland Code</u>.

    [[It]] <u>"Ghost gun"</u> does not include a firearm that has been rendered permanently inoperable, or a firearm that is not required to have a serial number in accordance with the Federal Gun Control Act of 1968.

\*       \*       \*

(8)    "Undetectable gun" means:

\*       \*       \*

(9) "Unfinished frame or receiver" means a forged, cast, printed, extruded, or machined body or similar article that has reached a stage in manufacture where it may readily be completed, assembled, or converted to be used as the frame or receiver of a functional firearm.

\*       \*       \*

*Place of public assembly*: A "place of public assembly" is:

(1) a [[place where the public may assemble, whether the place is]] publicly or privately owned:[[, including a]]

(A) park;

(B) place of worship;

(C) school;

(D) library;

(E) recreational facility;

(F) hospital;

(G) community health center, including any health care facility or community-based program licensed by the Maryland Department of Health;

(H) long-term facility, including any licensed nursing home, group home, or care home; [[or]]

(I) multipurpose exhibition facility, such as a fairgrounds or conference center; or

(J) childcare facility;

(2) government building, including any place owned by or under the control of the County;

- 3 -

   (3) polling place;

   (4) courthouse;

   (5) legislative assembly; or

   (6) a gathering of individuals to collectively express their constitutional right to protest or assemble.

A "place of public assembly" includes all property associated with the place, such as a parking lot or grounds of a building.

    *  *  *

**57-7. Access to guns by minors.**

    *  *  *

 (d) A person must not purchase, sell, transfer, possess, or [[transfer]] transport a ghost gun, including a gun created through a 3D printing process, in the presence of a minor.

    *  *  *

**57-11.  Firearms in or near places of public assembly.**

 (a) In or within 100 yards of a place of public assembly, a person must not:

   (1) sell, transfer, possess, or transport a ghost gun, undetectable gun, handgun, rifle, or shotgun, or ammunition or major component for these firearms; or

   (2) sell, transfer, possess, or transport a firearm created through a 3D printing process.

 (b) This section does not:

   (1) prohibit the teaching of firearms safety or other educational or sporting use in the areas described in subsection (a);

   (2) apply to a law enforcement officer, or a security guard licensed to carry the firearm;

(3)      apply to the possession of a firearm or ammunition, other than a ghost gun or an undetectable gun, in the person's own home;

(4)      apply to the possession of one firearm, and ammunition for the firearm, at a business by either the owner who has a permit to carry the firearm, or one authorized employee of the business who has a permit to carry the firearm; or

(5)      [apply to the possession of a handgun by a person who has received a permit to carry the handgun under State law; or]

[(6)]    apply to separate ammunition or an unloaded firearm:

(A)      transported in an enclosed case or in a locked firearms rack on a motor vehicle, unless the firearm is a ghost gun or an undetectable gun; or

(B)      being surrendered in connection with a gun turn-in or similar program approved by a law enforcement agency.

*      *      *

**Sec. 2.  Expedited Effective Date.**  The Council declares that this legislation is necessary for the immediate protection of the public interest.  This Act takes effect on the date on which it becomes law.

**Sec. 3. Severability.**  If any provision of this Act, or any provision of Chapter 57, is found to be invalid by the final judgment of a court of competent jurisdiction, the remaining provisions must be deemed severable and must continue in full force and effect.

**Sec. 4.** This Act and Chapter 57 must be construed in a manner that is consistent with regulations of the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives, including 87 FR 24652 (effective August 24, 2022), as amended.

EXPEDITED BILL NO. 21-22

*Approved*:

_____   11/17/2022

Gabriel Albornoz, President, County Council          Date

*Approved*:

_____   11/28/2022

Marc Elrich, County Executive                Date

*This is a correct copy of Council action.*

_____   11/28/2022

Judy Rupp, Clerk of the Council              Date