**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Barreto, et al. | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | Case No. 8:26-cv-02912-DKC |
| Montgomery County MD | * | |
| **Defendant.** | * | |
| | * | |

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

■ I certify, as party/counsel in this case that Maryland Shall Issue, Inc.
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
(name of party)

_____ .
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____     _____
(name of member)                          (state of citizenship)

_____     _____
(name of member)                          (state of citizenship)

_____     _____
(name of member)                          (state of citizenship)

_____     _____
(name of member)                          (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

July 27, 2026
_____

Date

/s/ Mark W. Pennak
_____

Signature

Mark W. Pennak # 21033
_____

Printed name and bar number

9613 Harford Rd . Ste C #1015      Baltimore, MD 21234-2150
_____

Address

mpennak@marylandshallissue.org
_____

Email address

301 873 3671
_____

Telephone number

301 347 7161
_____

Fax number