**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JULIO BARRETO, JR., *et al.*,

　　　　　　*Plaintiffs,*

　　　　　　　　　　　　　　　　　Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD,

　　　　　　*Defendant.*

**PLAINTIFFS' MOTIONS FOR AN ADMINISTRATIVE STAY, FOR A TRO AND FOR A
PRELIMINARY INJUNCTION**

　　Plaintiffs Julio Barreto, Jr., Dr. Howard Sachs, Matthew Edward Moore, Alan Duncan, Arthur Scott Thacher and Maryland Shall Issue, Inc., respectfully move this Court for an Order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction enjoining Defendants from enforcing the unconstitutional provisions of Chapter 57 of the Montgomery County Code, as amended by Bill 23-26E, 2026 Laws of Montgomery Co., Ch. 18 (|Bill 23-26"), attached to the Complaint as Exhibit A. Bill 23-26 was enacted by Montgomery County Council on July 21, 2026, as an "emergency" measure, and was signed into law by the County Executive on June 27, 2026, and became effective immediately upon signing.

　　Specifically, Plaintiffs respectfully request an administrative stay, a TRO and a preliminary injunction restraining Defendant and it officers, agents, servants, employees, and all persons in concert or participation with it who receive notice of the Orders, from enforcing Section 57-10 and Section 57-11(a) of Chapter 57 of the County Code in so far as these Sections apply to a person who has received a wear and carry permit issued by the Maryland State Police under State law. In support of these Motions, Plaintiffs rely on and incorporate herein the accompanying Supporting Memorandum, the sworn Declarations of each of the individual Plaintiffs, the sworn Declaration

of Stephen Johnston, on behalf of Plaintiff Maryland Shall Issue, Inc., and the sworn Declaration

of John Lettman.

Respectfully submitted,

*/s/ Mark W. Pennak*

Matthew Larosiere*  
6964 Houlton Cir.  
Lake Worth, FL 33467  
Larosieremm@gmail.com  
*Bar application pending

Mark W. Pennak  
MARYLAND SHALL ISSUE, INC.  
9613 Harford Rd, Ste C #1015  
Baltimore, MD 21234  
 mpennak@marylandshallissue.org  
 Phone: (301) 873-3671  
 District Court Bar # 21033

Dated: July 31, 2026          *Counsel for Plaintiffs*