IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JULIO BARRETO, JR., *et al.*,

        *Plaintiffs,*

Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD

        *Defendants.*

## DECLARATION OF JULIO BARRETO, JR.

1. COMES NOW, the declarant, JULIO BARRETO, JR., hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

2. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter. I am a named Plaintiff in the above-captioned matter. I am also a member of the Board of Directors of Plaintiff Maryland Shall Issue ("MSI") and a member of MSI.

3. I am a Montgomery County resident, residing at 9811 Cahart Pl, Silver Spring, MD 20903. I possess a Maryland wear and carry permit as issued by the Maryland State Police. In my daily life, I travel throughout Montgomery County while armed and, while doing so on foot, I frequently comes within 100 yards of "a place of public assembly," as that term is defined by Bill 23-26, which was signed into law by the Montgomery County Executive on July 27, 2026. Examples abound. For the last 30 years I have obtained service for my vehicles from the Shell Service Station, which is right across the street, well within 100 yards of the Episcopal Church of Our Savior, located at 1700 Powder Mill Road, Silver Spring MD. I frequently take my grandchildren to Martin Luther King Jr. Swim

1

Center, 1201 Jackson Rd, Silver Spring, MD. I regularly go to the Micro Center store in Rockville and that location is within 100 yards of the parking lot of DMV Iron Gym, which is arguably a "recreational facility" open to public and thus a "place of public assembly" within meaning of Bill 23-26. I fully intend to continue these activities while carrying a loaded firearm as allowed by State law but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code.

4. I also frequently visit downtown Silver Spring and park in the parking garage located at 921 Wayne Avenue, Silver Spring, MD, right across the street from, and well within 100 yards of, the Brigadier General Charles E. McGee Library located at 900 Wayne Avenue. From time to time I have walked to shops, including the FedEx Office Print & Ship Center, 8501 Georgia Av., Silver Spring, Md., which are within 100 yards of the "Whale Art" park, which is located on Silver Spring campus of the National Oceanic and Atmospheric Administration, at the corner of Wayne Ave. and Georgia Ave. in Silver Spring, MD. The Whale Art park is within 100 yards of multiple restaurants, including a Subway, the Firepan Korean BABQ and Bar, El Taco Loco, the Charm Thai Restaurant and a Massage Envy outlet. I also frequent Cold Stone Creamery, 821 Ellsworth Drive, which is within 100 yards of, the Silver Spring Civic Building at One Veteran Place in Silver Spring, which is owned by Montgomery County, and is arguably a government building open to the public for the business of government or is a "multipurpose exhibition facility," as those terms are used by Bill 23-26. I fully intend to continue these activities while carrying a loaded firearm as allowed by State law but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code.

5. I also frequent the Planet Fitness, located at 11130 New Hampshire Ave, Silver Spring, MD 20901, which is arguably a "recreational facility" open to the public within the meaning of Bill 23-26. Periodically, I go to the Target, Costco and Dick's Sporting Goods at the Wheaton Mall. The adjacent parking lot at those locations is within 100 yards of a wooded area maintained in its natural

2

condition and thus arguably a "park" within the meaning of Bill 23-26. I frequent Optimal Physical Therapy, 1738 Elton Rd #230, Silver Spring, MD, which is within 100 yards of the Perpetual School of Nurse Asst, at 1734 Elton Rd., Silver Spring MD, which is arguably a "school" within the meaning of Bill 23-26. I regularly visit my personal physician at 20 Courthouse Square, Ste 204, Rockville, MD, which is within 100 yards of the Rockville Police Department, the Courthouse Square Park, the Montgomery County Treasury, the Montgomery County Courthouse, the Montgomery County District Court building and other government buildings open to the public in that location. I fully intend to continue these activities while carrying a loaded firearm as allowed by State law but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28 day of July, 2026.


_____

JULIO BARRETO, Jr.