IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JULIO BARRETO, JR., et al..

          *Plaintiffs.*

          Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD

          *Defendants.*

## DECLARATION OF DR. HOWARD SACHS,

1. COMES NOW, the declarant, DR. HOWARD SACHS, hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

2. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter. I am a named Plaintiff in the above-captioned matter and a member of Plaintiff Maryland Shall Issue, Inc. ("MSI").

3. I am a physician and a resident of Montgomery County, residing at 4200 Leland Street, Chevy Chase, MD 20815. I possess a Maryland wear and carry permit as issued by the Maryland State Police. In the course of my daily life, I travel throughout Montgomery County and, while on foot, frequently come within 100 yards of "a place of public assembly," as that term is defined by Bill 23-26. Examples abound. My home is within 100 yards of two areas at the intersection of Maple Street and Leland Street in Chevy Chase, and within 100 yards of an area at the intersection of Oak Street and Ridgewood Avenue in Chevy Chase. All of these areas are publicly owned and "maintained in its natural state" and are "a piece of ground in or near a city or town kept for ornament and recreation," and thus arguably constitute a "park" within the meaning of Bill 23-24. Because Section

1

57-11(b) provides an exception that is limited to inside the "home" (rather than privately owned real estate) I cannot legally leave the interior of my home while armed, even for the purpose of getting in my vehicle sitting in my driveway or parked on the street. I refrain from leaving my home while armed because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

4. Nearly every day, weather permitting, I visit Panera café located at 7201 Wisconsin Ave., Bethesda MD, which is within 100 yards of Elm Street Urban Park. I frequently shop for groceries at the Giant Food in Bethesda, at 7142 Arlington Rd., Bethesda, MD, which is within 100 yards of Caroline Freeland Urban Park. I regularly play tennis and sit on a bench within 100 yards of the Jane E. Lawton Leland Center in Chevy Chase. I regularly visit Kol Shalom synagogue on Darnestown Road in Rockville and B'nai Tzedek synagogue on South Glen Road in Potomac, MD. I often walk into downtown Bethesda and sit at public benches on private property adjacent to Ourisman Honda. These benches are within 100 yards of Capital Crescent Trail in Bethesda, which is a "park" within the meaning of Bill 23-26. I intermittently visit a friend who lives on Glenmore Terrace in Rockville, MD, and his home is well within 100 yards of the back fence of a synagogue, Kol Shalom. I refrain from visiting these locations while armed because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this __30__ day of July, 2026.

_Howard Sachs_ — 7/30/26

DR. HOWARD SACHS