**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JULIO BARRETO, JR., *et al.*,

        *Plaintiffs*,

        Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD

        *Defendants*.

**DECLARATION OF MATTHEW EDWARD MOORE**

1. COMES NOW, the declarant, MATTHEW EDWARD MOORE, hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

2. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter. I am a named Plaintiff in the above-captioned matter and a member of Plaintiff Maryland Shall Issue, Inc. ("MSI").

3. I am a resident of Montgomery County, residing at 17809 Teri Dr., Derwood MD, 20855. I possess a wear and carry permit issued by the Maryland State Police. I am a member of Central Baptist Church located at 7271 Muncaster Mill Rd., Rockville MD. When attending services and activities at the Church, and with the knowledge and express permission of Church leadership, I regularly carry a concealed firearm for personal protection and the protection of the members of the Church. The bans enacted by Bill 23-26 forces me to choose between my First Amendment right to worship and my Second Amendment right to carry a firearm in public for self-defense. I am regularly armed while at church and I fully intend to continue to do so while carrying a loaded firearm, as

1

allowed by State law, but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

4.  I regularly transport my young son to speech therapy located at Coconut & Palm Pediatrics located at 362A Christopher Ave., Gaithersburg MD, a location within 100 yards of two places of worship, Light of the World Ministry located at 354 Christopher Ave., Gaithersburg, MD, and Montgomery Faith Fellowship located at 356A Christopher Ave., Gaithersburg, MD. I regularly shop at a Giant Food grocery store at 18250 Flower Hill Way, Gaithersburg, MD, which is within 100 yards of the grounds and associated parking lot of Emory Grove Optimal Learning Center located at 18100 Washington Grove Lane, Gaithersburg, MD, which is arguably a "school" within the meaning of Bill 23-26. I am regularly armed while going about all these activities and I fully intend to continue these activities while carrying a loaded firearm, as allowed by State law, but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

5.  I also frequent a Giant Food grocery store parking lot at 16837 Crabbs Branch Way, Derwood, MD, and a McDonalds restaurant at 16701 Crabbs Branch Way, Rockville, MD, both of which are within 100 yards of the parking lot of Shadygrove Road KinderCare at 16723 Crabbs Branchy Way, Rockville, MD, which is arguably a "school" within the meaning of Bill 23-26. I also frequent Harbor Freight Tools located at 9649 Lost Knife Rd Gaithersburg, MD 20877, which is within 100 yards of the grounds of South Lake Elementary School, located at 18201 Contour Rd, Gaithersburg, MD. I also frequent Potbelly Sandwich Shop, at 544 N Frederick Ave., Gaithersburg, MD, and the Ross Dress for Less, at 480 N Frederick Ave., Gaithersburg, MD , both of which are within 100 yards of the parking lot of the Montgomery County Fair Grounds located on Perry Pkwy, Gaithersburg, MD. I am regularly armed while going about all these activities and I fully intend to continue these activities while carrying a loaded firearm, as allowed by State law, but I will refrain

from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

6. I also regularly take my children to their pediatrician at Complete Care for Kids at 12850 Middlebrook Road Ste., 200 Germantown, MD, which is within 100 yards of the grounds of the Seneca Valley High School at 19401 Crystal Rock Dr. Germantown, MD. I frequent Regal Rockville Center movie theater at 199 E. Montgomery Ave., Rockville, MD, which is within 100 yards of the Montgomery County Circuit Court courthouse, at 50 Maryland Ave., Rockville, MD, the Montgomery County Executive Office Building, at 101 Monroe St. Rockville, MD, and the grounds of the Montgomery County District Court, at 27 Courthouse Sq. Rockville, MD. I am regularly armed while going about all these activities and I fully intend to continue these activities while carrying a loaded firearm, as allowed by State law, but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of July, 2026.

MATTHEW EDWARD MOORE

3