IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JULIO BARRETO, JR., *et al.*,

        *Plaintiffs,*

        Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD

        *Defendants.*

## DECLARATION OF ALAN DUNCAN

1.  COMES NOW, the declarant, ALAN DUNCAN, hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

2.  I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter. I am a named Plaintiff in the above-captioned matter and a member of Plaintiff Maryland Shall Issue, Inc. ("MSI").

3.  I am a resident of Queen Anne's County, residing at 22719 Squire Ln., Queen Anne, MD 21657. I currently have a wear and carry permit issued by the Maryland State Police. I regularly visit Sugar Loaf Mountain in Montgomery County and that location is a privately owned park open to the public and thus a place of public assembly under Bill 23-26. I also regularly dine at Laurienzo Brick Oven Café, 1896 Urbana Pike, Hyattstown, MD, the parking lot of which is within 100 yards of the Hyattstown United Methodist Church. I also regularly shop at the Harris Teeter grocery store at 22700 Sweetshrub Drive, Clarksburg, MD, which is within 100 yards of the Little Seneca Creek Park. I am regularly armed while engaged in all these activities and I fully intend to continue these and other activities in Montgomery County while carrying a loaded firearm as allowed by State law but I will

1

refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

4. I also regularly shop at Clarksburg Premium Outlets, 22705 Clarksburg Rd, Clarksburg, MD, a large segment of which falls within 100 yards of a large, wooded area which is "maintained in its natural state" and thus arguably a "park" as that term is used in Bill 23-26. I am a regular visitor of Little Bennett Regional County Park on Frederick Road in Montgomery County. I also regularly visit multiple areas within Rockville, MD, which are within 100 yards of County courthouses and County parks, including Courthouse Square Park. I am regularly armed as permitted State law while engaged in all these activities and I fully intend to continue these and other activities in Montgomery County while carrying a loaded firearm as allowed by State law but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of July, 2026.

*Alan R. Duncan*

ALAN DUNCAN