IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JULIO BARRETO, JR., *et al.*,

        *Plaintiffs,*

        Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD

        *Defendants.*

## DECLARATION OF ARTHUR SCOTT THACHER

1. COMES NOW, the declarant, ARTHUR SCOTT THACHER, hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

2. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter. I am a named Plaintiff in the above-captioned matter and a member of Plaintiff Maryland Shall Issue, Inc. ("MSI").

3. I am a resident of Carroll County, MD, residing at 355 John Owings Rd, Westminster, MD 21158. I currently possess a wear and carry permit issued by the Maryland State Police. I regularly commute to my place of employment at 7609 Airpark Road, Gaithersburg, MD. That location shares the parking lot with Christ Worship Center International, at 7601 Airpark Rd Unit C, Gaithersburg, MD, which is within 100 yards of my place of employment. A portion of the parking lot for that location is also within 100 yards of the Inter-Denominational Church of God on Woodfield Road. I regularly walk along Woodfield Road to a McDonalds restaurant within 100 yards of that church. I am regularly armed while engaged in all these activities and I fully intend to continue these and other activities in Montgomery County while carrying a loaded firearm as allowed by State law but I will

1

refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

4. I also regularly visit the Damascus Outdoor Guns & Gear shop located at 9861 Main St, Damascus, MD, where I often park while conducting such visits within 100 yards of the grounds of the Damacus library. I regularly dine at the Hornets' Nest Grille, at 9876 Main St, Damascus, MD, which is within 100 yards of the grounds and parking lot of Lagoinha Washington Church, at 9840 Main St, Damascus, MD. I am regularly armed while engaged in all these activities and I fully intend to continue these and other activities in Montgomery County while carrying a loaded firearm as allowed by State law but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

5. I am also an electrician by trade, and I regularly purchase material from City Electric Supply shop at 18620 Woodfield Rd. Ste. A, Gaithersburg, MD, which is within 100 yards of Iglesia Pentecostal a Dios Sea la Gloria, at 18630 Woodfield Rd, Gaithersburg, MD. I also regularly frequent Capital Electric, an electrical supply store, at 15886 Gaither Dr. Ste. A, Gaithersburg, MD, which is within 100 yards of the Sky Zone Trampoline Park, at 15813 Gaither Dr., Gaithersburg, MD, which is arguably a "recreational facility" within the meaning of Bill 23-26. I often eat at the Pot Belly restaurant, 544 N Frederick Ave, Gaithersburg, MD, which is within 100 yards of the parking lot of the Montgomery County Fairgrounds. I am regularly armed while engaged in all these activities and I fully intend to continue these and other activities in Montgomery County while carrying a loaded firearm as allowed by State law but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

6. I often have lunch at the Gentlemen Jim's Restaurant, at 18257 Flower Hill Way, Gaithersburg, MD, which is within 100 yards of the TopHat Early Learning school. On occasion, I

get pizza and wings for lunch from Ledos Pizza, at 7213 Muncaster Mill Rd, Derwood, MD, which is immediately adjacent to the Maryland State Inspection facility and within 100 yards of the Holy Ground Christian Center. The Inspection facility is open to visitors and is thus a government building open to the public for the business of government within the meaning of Bill 23-26. I am regularly armed, as allowed by State law, while engaged in all these activities and I fully intend to continue these and other activities in Montgomery County while carrying a loaded firearm as allowed by State law but I will refrain from doing so because I fear prosecution under Chapter 57 of the County Code, as amended by Bill 23-26.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this **29** day of July, 2026.

ARTHUR SCOTT THACHER

3