**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JULIO BARRETO, JR., *et al.*,

      *Plaintiffs*,

Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD

      *Defendants.*

## DECLARATION OF JOHN P. LETTMAN

1.  COMES NOW, the declarant, JOHN LETTMAN, hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

2.  I am an adult over the age of 18, a resident of Pennsylvania and I am fully competent to give sworn testimony in this matter.

3. I am the creator of the interactive map referenced in paragraph 19 of the Complaint filed in the above captioned matter. That map is published at my website at https://public.johnlettman.com/montgomery/, as referenced in paragraph 19 of the Complaint.

4. Attached hereto is the report I prepared with respect to the methodology and facts used in the preparation of that interactive map. That report describes the design, implementation, and results of an interactive Geographic Information System (GIS) mapping program (the "program"). The program displays Montgomery County parcel data through a web map. It uses that data to estimate the property areas that may fall within the categories described by Montgomery County Expedited Bill 23-26E.

1

5. The facts and data on which I relied in the preparation of the interactive map are publicly available and true and accurate to the best of my knowledge and belief. The report provides all relevant queries to identified databases, thereby allowing third parties to re-create the identical map. The interactive map is hereby incorporated by reference into this Declaration.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30ᵀᴴ day of July, 2026.


JOHN P. LETTMAN



# Expert Opinion Report

Montgomery County, Maryland Expedited Bill 23-26 Impact

John P. Lettman

Version 1, July 30, 2026

# Table of Contents

2. Qualifications and relevant experience . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    2.1. Professional qualifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    2.2. Prior expert work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    2.3. Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

3. Scope, objective, and data selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    3.1. Scope and objective . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    3.2. Expedited Bill 23-26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    3.3. Prior mapping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    3.4. County data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

4. Foundations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    4.1. Mapping terms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    4.2. Geographic Information Systems (GIS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    4.3. Coordinate Reference System (CRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

    4.4. GeoJSON . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

    4.5. QGIS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        4.5.1. Queries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

5. The program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    5.1. How it works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

        5.1.1. Build-time data preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

        5.1.2. Initialization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

6. Area calculations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    6.1. Units and basic formula . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    6.2. Integrated total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    6.3. Buffers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    6.4. Limitations and interpretation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

7. Interpreting the calculations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

8. Property attributes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

9. Layer-by-layer results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

    9.1. Category A: Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

        9.1.1. Police Stations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

        9.1.2. Fire Stations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

    9.2. Category B: Federal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

        9.2.1. Post Offices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

        9.2.2. Federal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

9.2.3. "United States of America" Ownership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

9.3. Category C: Sports and Recreation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

9.3.1. Sports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

9.3.2. Parks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

9.3.3. Lands Open to Common Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

9.3.4. Canals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

9.3.5. "Nature Conservancy" Ownership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

9.4. Category D: County and Municipal Property. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

9.4.1. Municipal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

9.4.2. County Property. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

9.4.3. "Montgomery County" Ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

9.4.4. Contains Government Building. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

9.5. Category E: State Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

9.5.1. State Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

9.5.2. "State of Maryland" Ownership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

9.6. Category F: Schools and education property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

9.6.1. Schools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

9.6.2. Classroom Properties. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

9.6.3. "Board of Education" Ownership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

9.7. Category G: Mass transit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

9.7.1. Mass Transit. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

9.8. Category H: Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

9.8.1. Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

9.9. Category I: Places of worship . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

9.9.1. Places of Worship . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

10. Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

11. References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

**Abstract**

This report describes the design, implementation, and results of an interactive Geographic Information System (GIS) mapping program (the "program"). The program displays Montgomery County parcel data through a web map. It uses that data to estimate the property areas that may fall within the categories described by Montgomery County Expedited Bill 23-26E ("Bill 23-26").

The program is an explanatory technical tool. It is intended to help a layperson see how the bill's categories may correspond to actual land areas. It is not a survey, title opinion, or independent legal determination.

Bill 23-26 was enacted by the Montgomery County Council on July 21, 2026, and signed into law by the Montgomery County Executive on July 27, 2026. (*See* [Bill 23-26E]). A copy of Bill 23-26 is included as Exhibit A. (*See* [Exhibit B]). It is challenged in *Julio Barreto, Jr. v. Montgomery County Maryland*, Case No. 8:26-cv-02912 (D. Maryland). (*See* [Barreto]).

# 2. Qualifications and relevant experience

## 2.1. Professional qualifications

I am a software engineer with more than fourteen years of experience in Geographic Information Systems, embedded systems,[1] robotics, backend services,[2] and production infrastructure. I currently serve as a Senior Embedded Software Engineer at an embedded firmware services company. In addition to my primary role, I hold an equity stake in an unmanned aerial vehicle start-up focused on designing drones that utilize GIS systems and sensor fusion,[3] and I volunteer for a local non-profit, managing their infrastructure technology. My background provides the necessary expertise to address spatial data preparation, web mapping, geometry processing, the use of municipal GIS public records, attribute selection analogous to database operations, and communicating technical results through accessible visual interfaces.

Of particular relevance to the method used in this report, during my employment at a wastewater inspection robotics company, I developed a method for displaying wastewater pipe-inspection data in virtual reality. (*See* [No. US20180089896A1]). This method integrated laser-scan data, including LIDAR-derived point-cloud information, with color

1

data from visual sensors to generate a three-dimensional representation of inspected wastewater infrastructure, which was then integrated with municipal GIS systems. This approach made possible the identification of damaged sections and supported selective replacement, thereby preventing unnecessary removal of serviceable infrastructure.

My resume is attached as [Exhibit A].

### 2.2. Prior expert work

In *CtrlPew, LLC v. Chiu*, Case No. 6:26-cv-00340, in the United States District Court for the Middle District of Florida, I provided technical opinions concerning the differences among Digital Model Files, Manufacturing Instructions, and "Code." (*See* [CtrlPew], ECF No. 42-6).

I have also provided expert analysis in tracking-pixel litigation in the Monroe County, Florida Magistrate Court. In those matters, my analysis addressed e-mail messages containing tracking pixels or other imperceptible embedded data capable of collecting information about users.

### 2.3. Compensation

My compensation for this project is $120 per hour, and it is not contingent on the outcome of the litigation.

## 3. Scope, objective, and data selection

### 3.1. Scope and objective

The scope of this work is to examine how the categories identified in Bill 23-26 can be represented geographically using available Montgomery County property records by creating a GIS program to visually display and calculate the total area impact.

The program's primary output is a browser-based map that displays the county, overlays category-specific parcel polygons, provides a legend and category controls, shows source attributes upon user interaction, and reports parcel counts and geometry-derived areas for each category as well as for the combined result. Although the program includes SVG and

raster rendering tools, this report focuses on the browser-based map, as it is the principal user-facing version.

## 3.2. Expedited Bill 23-26

The document *Expedited Bill 23-26, Weapons—Restrictions on Ghost Guns Near Minors and Carrying of Firearms in or Near Places of Public Assembly* was reviewed (*See* [Exhibit B] and [Bill 23-26E]). Its contents, including the proposed additions and deletions reproduced in the Staff Report, were inspected and the functional effect of that language was interpreted for the purpose of designing the map. The operative language was also discussed with the Plaintiffs counsel.

The operative definition of *"Place of public assembly"* with new language is:

1. a publicly or privately owned:
    1. park;
    2. place of worship;
    3. school;
    4. library;
    5. recreational facility; or
    6. multipurpose exhibition facility, such as a fairgrounds or conference center.
2. government building open to the public for the business of government or community use;
3. polling place;
4. courthouse; or
5. legislative assembly

A 'place of public assembly' includes all property associated with the place, such as a parking lot or grounds of a building.

## 3.3. Prior mapping

A map previously used in litigation concerning Montgomery County Bill 23-24 (the "prior map") was provided for review. Its function was analyzed, and the prior map included as Exhibit C was examined. (*See* [Exhibit D]).

The prior map used OpenStreetMap data and the Overpass API. (*See* [OpenStreetMap] and [Overpass API]). OpenStreetMap is a collaborative geographic database containing

mapped features contributed and maintained by a distributed community. The Overpass API is a read-only service that accepts queries for selected OpenStreetMap elements, such as features within a location or features carrying particular tags. (*See* [OpenStreetMap] and [Overpass API]). The prior map converted selected Overpass results into map features and presented them as a visual estimate of the affected areas.

The prior map served as a functional and stylistic baseline, establishing the basic map presentation.

## 3.4. County data

The phrase *"includes all property associated with the place"* suggests that a parcel-level analysis is more informative than a map based solely on points, generalized labels, or public observation. Based on technical assessment, the most robust approach is to analyze Montgomery County tax-assessment parcels in conjunction with authoritative county GIS information and the county's own descriptions of property purpose.

The approach delivers a more precise basis for comparison than the prior map. (*See* [Exhibit D]). The county property data allows a parcel to be acquired, located, classified, and measured within the county. (*See* [Property Dataset] and [Exhibit C]). If the practical question is which properties may fall within the categories described by the bill, using the county's own property records provides the clearest picture of the properties that the *county* has designated for those purposes. County data provides sufficient precision without requiring public observation or identifying a particular use case at the time of mapping. For example, a grassy field associated with a private residence should not be treated as a park merely because it appears open or is visible from a public road. A public observation may misclassify such a grassy field. As such, a parcel classification supported by county property records provides a more consistent distinction between a designated public-use property and an incidental physical characteristic.

To this end, the county helpfully provides the `PUBLICUSE_TYPE` attribute for most parcels identified by this map. (*See* [Property Dataset] and [Exhibit C]).

# 4. Foundations

## 4.1. Mapping terms

This report uses mapping terms relevant to the underlying software. They defined as follows:

**overlay**

A layer drawn over a base map or another layer.

**feature**

One spatial object.

**layer**

A collection of **features** treated as a visual or analytical category.

**parcel**

A cadastral property unit. Tts geometry describes the mapped parcel boundary, while its attributes identify the associated tax or ownership record.

**buffer**

The region within a specified distance of a feature (e.g., the 100-yard buffer of Bill 23-26).

**dissolve**

Unions of adjacent or overlapping polygons, with removed internal boundaries. It is important when calculating the area of a set rather than the sum of its records. (*See* [Simple Feature Access], [Turf.js buffer], and [Turf.js dissolve]).

## 4.2. Geographic Information Systems (GIS)

A Geographic Information System (GIS) is a system for storing, transforming, analyzing, and displaying location-based information. (*See* [GIS]). Where a conventional database might record an address or parcel number, GIS additionally records geometry: a point, line, or polygon located on the Earth. GIS operations can answer questions such as whether two features overlap, how far one feature is from another, or how much land a collection of

polygons covers.

The program uses GIS vector data. Vector data represents discrete objects with coordinates: points for locations, lines for boundaries or linear features, and polygons for areas such as parcels, parks, or the county boundary. Each feature may also have attributes, such as owner, address, account number, or a public-use classification. These simple feature geometry types are conventionally associated with a spatial reference system. (*See* [Simple Feature Access]).

## 4.3. Coordinate Reference System (CRS)

The property source identifies *NAD83 / Maryland (ftUS),* commonly identified as `EPSG:2248`, a Maryland State Plane Lambert Conformal Conic projection whose units are U.S. survey feet. (*See* [Property Dataset] and [EPSG:2248]). The program uses GeoJSON coordinates in *WGS 84* longitude/latitude order, commonly identified as `EPSG:4326`. During assembly of the browser map, the compiler uses `proj4js` to transform source coordinates from the Maryland State Plane definition into `EPSG:4326`. (*See* [Proj4js]). This is necessary both for correct web-map placement and for consistent use by MapLibre and Turf.

## 4.4. GeoJSON

GeoJSON is a JSON[4] representation of geographic features. A `Feature` combines a geometry with a `properties` object. A `FeatureCollection` contains multiple features. It is the exchange format used to move the county data from the build pipeline into the browser. (*See* [RFC 7946]). QGIS and other GIS software can export selected vector features as GeoJSON, and the program consumes those exported feature collections.

The geometry types relevant here are:

`Point`           a single location;

`LineString`      an ordered path;

`Polygon`         one area boundary; and

`MultiPolygon`    several polygon parts represented as one feature.

A polygon ring is closed by repeating its first coordinate at the end. In the program, the

county boundary is normalized from a source line into a polygon, and the property data is retained as polygon and multipolygon features.

## 4.5. QGIS

QGIS is a desktop Geographic Information System used to load, inspect, transform, select, edit, and analyze spatial data. It can display vector layers such as parcel polygons, expose their attribute tables, identify individual features, apply filters, perform spatial operations, and export selected results as GeoJSON. (*See* [QGIS Vector Selection] and [QGIS Expressions]).

### 4.5.1. Queries

A query is an instruction for selecting or transforming data. In this report, the relevant queries are attribute-selection expressions. They identify the field to examine, the comparison operator, and the value or pattern to match.

QGIS provides both simple attribute selection and expression-based selection. Field names are enclosed in double quotation marks, string values in single quotation marks, and % is a wildcard in a pattern match. For example:

*This expression selects features whose* PUBLICUSE_TYPE *value matches* POLICE STATION *without treating capitalization as significant.*

```
"PUBLICUSE_TYPE" ILIKE 'POLICE STATION'
```

A wider selection can combine predicates with OR, while a narrower selection can combine conditions with AND. (*See* [QGIS Expressions]). The layer sections below use the same readable field-and-value structure. The selected features are exported into GeoJSON source files, and the TypeScript category registry assigns each source file to its map layer. (*See* [QGIS Vector Selection]).

## 5. The program

The program is a TypeScript single-page application compiled by Webpack.

*MapLibre GL* is the web-map renderer: it manages the map canvas, geographic sources,

visual layers, navigation, feature hover events, and visibility changes. (*See* [MapLibre] and [MapLibre GeoJSONSource]). *Turf* supplies geographic operations such as area measurement, centroids, buffers, differences, coordinate cleanup, and polygon unions (*See* [Turf.js area], [Turf.js buffer], and [Turf.js dissolve]). *proj4js* transforms coordinates between the county's projected CRS and *WGS 84*. (*See* [Proj4js]). GeoJSON type definitions describe the data contracts passed among the loader, the application, and MapLibre. Together, these libraries form a small GIS presentation and measurement pipeline.

The resulting page contains a full-screen map, a title card, and a responsive legend panel.

The current categories include police stations, fire stations, post offices, federal property, United States ownership, sports facilities, parks, lands open to common use, canals, Nature Conservancy ownership, municipal and county property, government-building properties, state property and ownership, schools, classroom properties, Board of Education ownership, mass transit, libraries, and places of worship. The definitions file assigns each category a display label, group, color, and source file. The categories use the Montgomery County Planning Department's *Property (polygons)* dataset. (*See* [Property Dataset]).

## 5.1. How it works

The program is an interactive, locally reproducible GIS presentation layer for Montgomery County parcel and public-use data. It establishes a data pipeline from a regional projected GIS dataset to browser-compatible GeoJSON, presents many categories progressively, makes the underlying records inspectable, and computes totals as geometric unions so overlap is not counted repeatedly. Its area outputs should be read as geometry-derived measures of the current data snapshot, with the explicit and important limitation that the displayed 100-yard buffers are excluded. The calculation details are set out in area calculations.

### 5.1.1. Build-time data preparation

Each local source file is passed through a custom Webpack GeoJSON loader. The loader:

1. parses the source GeoJSON;

2. projects Maryland State Plane coordinates into *WGS 84* longitude/latitude;

3. retains the property fields needed by the legend and feature tooltips;

4. creates a 100-yard buffer from the source geometry (*see* [Turf.js buffer]); and

5. emits an object containing the original projected `data` and a separate `buffer` collection.

The source geometry is preserved for area calculations.

### 5.1.2. Initialization

On startup, the application creates a MapLibre map using a Stadia Maps/Stamen Toner style, a starting center near Montgomery County, and a starting zoom of 11. (*See* [MapLibre]). It adds navigation controls and loads the county boundary. The map is fit to the county bounds, then its maximum bounds are expanded by approximately one county width in every direction so the user can pan without losing the context of the county. The area outside the county is represented by a world polygon with the county polygon subtracted from it. That outside polygon is filled with a dark, translucent color. The county itself is drawn as a dashed boundary line. The exclusion datasets are fetched concurrently from the emitted local assets. They are published to the map one at a time as each finishes, with a browser yield between datasets.

For each category, the application adds a GeoJSON fill layer. Hovering a feature displays a popup containing available source attributes and a calculated acreage value. The layer's color icon in the map key toggles both the source layer and its buffer.

The map key reports the number of records in each category, acreage, square feet, and the category's percentage of the county land area. It also reports an integrated total. A stable entity key based first on `ACCT`, then `OBJECTID`, and finally geometry is used to avoid counting the same source entity twice in the overall parcel count when categories overlap.

# 6. Area calculations

## 6.1. Units and basic formula

Turf's `area` function returns the geodesic area of GeoJSON polygons in square meters. (*See* [Turf.js area]). The program converts this value as follows:

$$\text{acres} = \frac{\text{squareMeters}}{4046.8564224}$$

$$\text{squareFeet} = \text{acres} \times 43560$$

$$\text{countyPercentage} = \frac{\text{categoryAcres}}{\text{countyAcres}} \times 100$$

The same calculation is used for the county and for dissolved category geometry. The tooltip's per-feature acreage uses the same area calculation and conversion, so the value shown for an individual feature is based on its contour rather than a displayed source attribute.

## 6.2. Integrated total

After all category unions are complete, the application dissolves the combined category results and measures that final union. If each category is a spatial set $C_i$, the integrated area is:

$$A_{\text{total}} = (C_1 \cup C_2 \cup \cdots \cup C_n)$$

It is therefore *not* the arithmetic sum of category acreages. If a school parcel is also county property, the shared land contributes _once to the integrated total. The county acreage is calculated separately from the county boundary geometry. A category percentage compares the category union with that county area. The integrated percentage compares the final cross-category union with the same county denominator.

## 6.3. Buffers

The loader creates a 100-yard Turf buffer from each source collection and stores it as a separate rendered asset. (*See* [Turf.js buffer]). The browser draws this lighter geometry; however, it is not included in the area calculation. Consequently, neither category acreage nor the integrated total includes the 100-yard buffer zones.

This distinction matters because buffers can overlap one another and can stretch past parcel boundaries. Including buffers would answer a different question and would require a clearly specified treatment of buffer overlap, county clipping, and the legal meaning of the distance. The current program deliberately avoids presenting that expanded area as a land-area total.

## 6.4. Limitations and interpretation

The displayed parcel count and the measured area answer different questions. Counts are based on source records and are de-duplicated across categories only for the grand entity count. Areas are based on geometric unions. A single parcel can therefore appear in several category rows while supplying only once to the integrated area.

The result is an estimate of area represented by the supplied mapped geometries, not a survey, title opinion, or independent legal determination. Accuracy depends on the source snapshot, parcel boundary quality, source classifications, projection transformation, geometry validity, and the decision to repair or truncate coordinates before dissolve. The program reports precision to two decimal places for acres and zero decimal places for square feet, but formatted precision should not be mistaken for survey-level accuracy.

# 7. Interpreting the calculations

The layer-by-layer results below report source-record counts and geometry-derived areas. The counts describe the records selected for each category. The areas describe the union of the mapped polygons in that category, so overlapping source records are not counted twice within the category. The combined result is calculated separately as a union of the category unions.

# 8. Property attributes

The layer selections utilize descriptive attributes carried by the Montgomery County property dataset. The attribute-definition document describes these fields as assessment, ownership, land-use, and public-use data rather than as legal determinations. (*See* [Exhibit C] and [Property Dataset]). The application uses those fields to create reproducible map categories; it does not treat a field value, by itself, as proof that a parcel legally satisfies the bill. (*See* [Exhibit B]).

`PUBLICUSE_TYPE`

A descriptive public-use classification, such as `POLICE STATION`, `PARK`, or `POST OFFICE`.

**OWNERS_NAME**

The owner name recorded in the property dataset.

**LU_CATEGORY**

A translated land-use category, such as `Parks` or `Institutional/Community Facility`.

**ACCT**

The tax account or parcel identifier.

**DWELLSTORYNAME**

A translated description of the building or dwelling type recorded for the parcel.

**OBJECTID**

The source feature identifier and mapped shape.

**ACRE_OR_SQFT and SHAPE_Area**

Source attributes containing area-related values.

Field values can be blank, inconsistent, or written differently among records. The layer logic therefore uses the values present in the source snapshot and, where appropriate, case-insensitive matching and controlled alternatives. The resulting layers are reasonable screening and visualization categories, not a parcel-by-parcel legal adjudication.

# 9. Layer-by-layer results

## 9.1. Category A: Services

### 9.1.1. Police Stations



Rationale

A police station within Montgomery County is a reasonable candidate for the *"government building open to the public for the business of government or community use"* category.

A police station is plainly a government building. A Police Department operates it to perform official law-enforcement functions. The police station is *"open to the public"* when members of the general public may enter designated areas to report crimes, request police assistance, submit complaints, obtain information, retrieve property, or meet with police officers and other personnel. Those public interactions necessarily constitute *"business of government."* Law enforcement services are essential governmental functions. A citizen reporting a crime or requesting assistance is directly transacting business with the government.

The existence of secured offices, evidence rooms, holding areas, and other restricted spaces does not negate the public function demonstrated by public interactions that may take place in other parts of the same parcel.

### Identification

The county property dataset identifies police stations through the PUBLICUSE_TYPE field's POLICE STATION value:

```
"PUBLICUSE_TYPE" ILIKE 'POLICE STATION'
```

### Results

The search provided 5 matching parcels with a total land area of 537,606 square feet or 12.34 acres. The percentage land area of the county is 0.00% when rounded to two decimal places.

## 9.1.2. Fire Stations



### Rationale

A fire station within Montgomery County is a reasonable candidate for the *"government building open to the public for the business of government or community use"* category when its public-facing use is documented.

A fire station is a government facility used to provide fire suppression, emergency medical services, rescue services, inspections, public education, and related governmental functions.

The more difficult question is whether a particular station is *"open to the public."* A station has a reasonable factual connection to that language when members of the public may enter a lobby, reception area, community room, or similar space to request assistance, obtain safety information, attend public-education programs, participate in station tours, or engage in community events. Those activities are evidence of public-facing government business or community use, even though other areas of the station remain restricted.

As a means of examining this question, I evaluated the Montgomery County Fire and Rescue Service (MCFRS) website, its public-education page, and its infant-and-child car-seat-safety page (*See* [MCFRS Website], [MCFRS Public Education], and [MCFRS Car Seat Safety]). The car-seat page describes scheduled in-person appointments at several fire stations, providing concrete evidence of public-facing programming.

> In-person car seat checks: […]
>
> Our in-person car seat appointments are held during the following times:
>
> **Takoma Park (Fire Station 2 located at 7201 Carroll Avenue)**
>
> - 2nd and 4th Thursday evenings from 6:30 pm to 8:30 pm
>
> **Germantown (Fire Station 34 located at 20633 Boland Farm Road)**
>
> - 2nd and 4th Saturdays of the month from 8 am to noon
> - 1st Wednesday of the month from 8 am to noon
>
> **Aspen Hill (Fire Station 25 located at 14401 Connecticut Avenue)**
>
> - Thursdays from 8 am to noon
> - 1st Saturday of the month from 8 am to noon
>
> **Bethesda (Fire Station 6 located at 6600 Wisconsin Avenue)**
>
> - 1st and 3rd Thursday evenings from 6:30 pm to 8:30 pm
>
> […]

In examining the larger pattern, the cited review provides an example of station-tour activity. (*See* [MCFRS Review]).

Accordingly, a fire station with this documented community programming and established public access is a reasonable candidate for inclusion in the mapped category.



*Figure 1. Google Maps review by Matthew Mccall of Montgomery Fire Station 22 (See [MCFRS Review]).*

### Identification

The county property dataset identifies fire stations through the `PUBLICUSE_TYPE` field's `FIRE STATION` value:

```
"PUBLICUSE_TYPE" ILIKE 'FIRE STATION'
```

### Results

The search provided 39 matching parcels with a total land area of 3,770,698 square feet or 86.56 acres. The percentage of the county's land area is 0.03%.

## 9.2. Category B: Federal Property

### 9.2.1. Post Offices



### Rationale

Post offices may reasonably qualify as *"government building[s] open to the public for the business of government or community use."* Members of the public routinely enter post offices to purchase postage, mail and retrieve letters or packages, obtain postal forms, apply for certain federal services, and transact directly with employees or contractors acting on behalf of the United States Postal Service. These are public-facing governmental transactions conducted within a government-operated facility.

### Identification

The county property dataset identifies post offices through the `PUBLICUSE_TYPE` field's `POST OFFICE` value:

```
"PUBLICUSE_TYPE" ILIKE 'POST OFFICE'
```

Results

The search provided 27 matching parcels with a total land area of 6,404,926 square feet or 147.04 acres. The percentage of the county's land area is 0.05%.

## 9.2.2. Federal Property



### Rationale

There is a reasonable basis for treating some federal properties as *"government building[s] open to the public for the business of government or community use,"* together with land associated with those facilities.

Federal property is characteristically used for governmental functions, but ownership does not by itself establish public access. Where a member of the public may approach or enter the property and communicate with a guard stationed at an entrance, the property has at least a limited public-facing point of contact. The citizen may request access, present identification, obtain directions, indicate the purpose of a visit, deliver materials, seek assistance, or receive instructions from the guard. A guard employed by the federal government—or a contractor acting on its behalf—performs an access-control and public-facing function. The interaction need not occur inside the principal building; it may occur at an auxiliary point of contact concerning access to, or services provided by, the government facility.

A separate basis may exist where the property constitutes public land. Federal lands may be held for public use, access, recreation, conservation, administration, or other governmental purposes. Where such land functions as a park, recreational facility, or grounds associated with a qualifying government building, it falls more directly within the enumerated definition.

### Identification

The county property dataset identifies federal property through the PUBLICUSE_TYPE field's FEDERAL PROPERTY value:

```
"PUBLICUSE_TYPE" ILIKE 'FEDERAL PROPERTY'
```

### Results

The search provided 23 matching parcels with a total land area of 100,888,050 square feet or 2,316.07 acres. The percentage land area of the county is 0.71%.

### 9.2.3. "United States of America" Ownership



 **Errata:** The data collection did not capture the alternative `UNITED STATES OF AMERICA` spelling in addition to the `UNITED STATES AMERICA` variation. As a result, 155 parcels were excluded from this layer.

### Rationale

Property titled to the *United States of America* is a reasonable proxy for federally owned property because the United States holds property through its departments, agencies, and instrumentalities. The rationale here is the same as Federal Property.

### Identification

The county property dataset identifies United States-owned property through the `OWNERS_NAME` field's `UNITED STATES AMERICA` value:

```
"OWNERS_NAME" ILIKE 'UNITED STATES AMERICA'
```

Results

The search provided 71 matching parcels with a total land area of 56,047,291 square feet or 1,286.67 acres. This represents 0.4% of the county's land area.

## 9.3. Category C: Sports and Recreation

### 9.3.1. Sports



Rationale

Sports and recreation properties have a strong factual connection to the bill's *"recreational facility"* category, together with property associated with those facilities.

Golf courses, country clubs, social clubs, handball facilities, miniature-golf courses, roller- or ice-skating facilities, swimming pools, and tennis courts are all designed, maintained, or operated for recreation, sport, leisure, or organized social activity. Their principal use therefore falls within the ordinary meaning of a recreational facility.

These properties are also characteristically intended to receive participants, spectators, members, guests, customers, or other visitors. Access may require payment, membership, a reservation, or compliance with operating rules, but those conditions do not alter the recreational nature of the facility. The definition expressly applies to both publicly and privately owned recreational facilities and therefore does not require unrestricted access by

the general public.

Country clubs and social clubs may involve uses beyond athletics, including dining, meetings, ceremonies, and organized social events. Even so, where the property contains golf courses, tennis courts, pools, skating areas, clubhouses, or comparable amenities, the facility remains substantially devoted to recreation or community-oriented assembly. The recreational classification is particularly strong where the identified use of the parcel expressly describes one of those activities.

The associated-property provision extends the classification beyond the precise playing surface or activity area. Clubhouses, locker rooms, spectator areas, parking lots, access roads, landscaped grounds, maintenance areas, and other portions of the parcel that support the recreational use may reasonably be treated as property associated with the qualifying facility. Each portion of the property need not independently provide recreation.

Accordingly, properties identified as golf courses, country clubs, social clubs, handball facilities, miniature-golf courses, roller- or ice-skating facilities, swimming pools, or tennis courts may reasonably be classified as recreational facilities. The definition then encompasses the buildings, parking areas, grounds, and other property associated with those facilities.

Identification

The bill expressly includes recreational facilities, including privately owned facilities. (*See* [Exhibit B]). The county property dataset identifies sports and recreation areas through the following PUBLICUSE_TYPE values:

- GOLF COURSE
- COUNTRY CLUB
- CLUB-SOCIAL ("social club")
- HANDBALL
- MINIATURE GOLF
- ROLLER/ICE SKATING
- SWIMMING POOL

- TENNIS COURT

```
"PUBLICUSE_TYPE" ILIKE 'GOLF COURSE%' OR
"PUBLICUSE_TYPE" ILIKE 'COUNTRY CLUB%' OR
"PUBLICUSE_TYPE" ILIKE 'CLUB-SOCIAL%' OR
"PUBLICUSE_TYPE" ILIKE 'HANDBALL%' OR
"PUBLICUSE_TYPE" ILIKE 'MINIATURE GOLF%' OR
"PUBLICUSE_TYPE" ILIKE 'ROLLER/ICE SKATING%' OR
"PUBLICUSE_TYPE" ILIKE 'SWIMMING POOL' OR
"PUBLICUSE_TYPE" ILIKE 'TENNIS COURT'
```

Results

The search provided 73 matching parcels with a total land area of 147,244,930 square feet or 3,380.28 acres. This represents 1.04% of the county's land area.

26

## 9.3.2. Parks



### Rationale

Properties identified as parks fall directly within the definition of a place of public assembly because a publicly or privately owned *"park"* is expressly enumerated. (*See* [Exhibit B]). The classification reaches beyond active-use areas to all associated property, including parking lots, trails, landscaped grounds, shelters, fields, access roads, and other land maintained as part of the park.

### Identification

The county property dataset identifies parks through the `LU_CATEGORY` field's `Parks` value:

```
"LU_CATEGORY" = 'Parks'
```

Results

The search provided 3,914 matching parcels with a total land area of 2,252,834,954 square feet or 51,717.97 acres. The percentage land area of the county is 15.92%.

## 9.3.3. Lands Open to Common Use



Rationale

Properties identified as "common-use facilities receiving no assessment or a zero value" may reasonably be treated as parks where the land is maintained for shared recreation, open space, ornament, or preservation in a natural state. This interpretation is consistent with the ordinary dictionary meanings of park as land kept for ornament or recreation and as an area maintained in its natural state as public property. (*See* [Merriam-Webster, "Park"]).



*Figure 2. Roundabout.*



*Figure 3. Community open spaces.*

Accordingly, land reserved for the common use of residents or the public may fall within the ordinary meaning of a park even when it lacks formal park signage, active recreational equipment, or a separate assessed value.

## Identification

The county property dataset identifies lands open to common use through the PUBLICUSE_TYPE value COMMON USE FACILITIES RECEIVING NO ASSESSMENT OR "ZERO VALUE".:

```
"PUBLICUSE_TYPE" ILIKE
'COMMON USE FACILITIES RECEIVING NO ASSESSMENT OR "ZERO VALUE".'
```

## Results

The search provided 9,434 matching parcels with a total land area of 584,337,854 square feet or 13,414.55 acres. The percentage land area of the county is 4.13%.

## 9.3.4. Canals



### Rationale

Properties identified as canals may reasonably qualify as parks or recreational facilities where the canal corridor is maintained for public access, recreation, conservation, or enjoyment. Canal lands commonly include towpaths, trails, waterways, landscaped areas, historic features, and open space used for walking, cycling, boating, fishing, sightseeing, or similar activities. Where those uses are present, the canal and its associated banks, paths, access points, parking areas, and grounds may fall within the definition of a place of public assembly.

### Identification

The county property dataset identifies canals through the ACCT field's CANAL value:

```
"ACCT" ILIKE 'CANAL'
```

Results

The search provided 1 matching parcel with a total land area of 20,683,298 square feet or 474.82 acres. The percentage of the county's land area is 0.15%.

## 9.3.5. "Nature Conservancy" Ownership



 **Errata:** The data collection did not capture the alternative `THE NATURE CONSERVANCY` spelling. As a result, one parcel was excluded from this layer.

### Rationale

Land owned by The Nature Conservancy may reasonably qualify as a park where it is preserved in a natural state for public use, recreation, conservation, or enjoyment. Such property may include trails, forests, wetlands, wildlife areas, overlooks, and other open spaces consistent with the ordinary meaning of a park.

### Identification

The county property dataset identifies Nature Conservancy-owned property through the `OWNERS_NAME` field's `NATURE CONSERVANCY` value:

```
"OWNERS_NAME" ILIKE 'NATURE CONSERVANCY'
```

Results

The search provided 2 matching parcels with a total land area of 3,645,509 square feet or 83.69 acres. The percentage of the county's land area is 0.03%.

## 9.4. Category D: County and Municipal Property

### 9.4.1. Municipal Property



### Rationale

Municipal-owned land may reasonably qualify as a place of public assembly where it is used as a park, recreational facility, grounds associated with a government building, or land otherwise maintained for public or community use. Land held for public access, open space, civic activity, recreation, or the operation of government falls within one or more enumerated categories. Where a qualifying municipal building or facility is present, the definition also applies to its associated grounds, parking areas, access roads, and related portions of the property.

### Identification

The county property dataset identifies municipal property through the `PUBLICUSE_TYPE` field's `MUNICIPAL PROPERTY` value:

```
"PUBLICUSE_TYPE" ILIKE 'MUNICIPAL PROPERTY'
```

Results

The search provided 58 matching parcels with a total land area of 33,608,954 square feet or 771.56 acres. This represents 0.24% of the county's land area.

## 9.4.2. County Property



### Rationale

County-owned land may reasonably qualify as a place of public assembly where it is used for parks, recreation, public access, community activity, or as grounds associated with a county government building. Land maintained for administrative functions or public use may fall within one or more enumerated categories. Where the land supports a qualifying county facility, the definition extends to associated grounds, parking areas, access roads, and other related portions of the property.

### Identification

The county property dataset identifies county property through the PUBLICUSE_TYPE field's COUNTY PROPERTY value:

```
"PUBLICUSE_TYPE" ILIKE 'COUNTY PROPERTY'
```

Results

The search provided 133 matching parcels with a total land area of 119,371,069 square feet or 2,740.38 acres. The county's land area is 0.84%.

## 9.4.3. "Montgomery County" Ownership



### Rationale

Land owned by Montgomery County may reasonably qualify as a place of public assembly under the same rationale applicable to County Property generally. County ownership alone does not necessarily establish the classification; however, inspection indicates that many such properties overlap with expressly enumerated or associated uses, including parks, green spaces, publicly accessible government buildings, police stations, fire stations, and other public-service facilities.

Where the property functions as a park or recreational area, it is a candidate for the corresponding enumerated category. Where it contains a government building open to the public for governmental business or community use, the building and associated grounds, parking areas, access roads, and related portions of the property may also be candidates. Similar reasoning applies to police and fire stations where members of the public may enter or approach the property to request services, obtain assistance, or otherwise transact governmental business.

Accordingly, properties titled to Montgomery County may reasonably be included where their recorded use, visible improvements, or relationship to an adjoining public facility places them within one of the enumerated categories or within the associated-property concept.

### Identification

The county property dataset identifies county-owned property through the following OWNERS_NAME values:

- MONTGOMERY COUNTY
- MONTGOMERY COUNTY, MD
- MONTGOMERY COUNTY% (capturing sub-titled departments)

```
"OWNERS_NAME" ILIKE 'MONTGOMERY COUNTY' OR
"OWNERS_NAME" ILIKE 'MONTGOMERY COUNTY, MD' OR
"OWNERS_NAME" ILIKE 'MONTGOMERY COUNTY%'
```

### Results

The search provided 1,611 matching parcels with a total land area of 718,862,254 square feet or 16,502.81 acres. The percentage land area of the county is 5.08%.

## 9.4.4. Contains Government Building



### Rationale

Land containing a government building may reasonably qualify as part of a place of public assembly where the building is open to the public for the business of government or community use. The definition expressly extends to all property associated with the place, including the building's grounds, parking areas, sidewalks, access roads, security areas, and other portions of the parcel that support or serve the governmental facility. This section applies the same public-facing-use reasoning described for Federal Property, Police Stations, and Fire Stations above.

### Identification

The county property dataset identifies records classified as government buildings through the DWELLSTORYNAME field's Government Building value:

```
"DWELLSTORYNAME" ILIKE 'Government Building'
```

41

Results

The search provided 81 matching parcels with a total land area of 232,996,174 square feet or 5,348.86 acres. The percentage of the county's land area is 1.65%.

## 9.5. Category E: State Property

### 9.5.1. State Property



#### Rationale

State-owned property may reasonably qualify as a place of public assembly where it contains a park, recreational facility, courthouse, polling place, legislative assembly, or government building open to the public for governmental business or community use. Many state properties are used for public services, administration, recreation, conservation, or civic activity and therefore fall within one or more expressly enumerated categories.

#### Identification

The county property dataset identifies records classified as government buildings through the DWELLSTORYNAME field's Government Building value:

```
"PUBLICUSE_TYPE" ILIKE 'STATE PROPERTY'
```

Results

The search provided 86 matching parcels with a total land area of 290,182,049 square feet or 6,661.66 acres. The percentage land area of the county is 2.05%.

## 9.5.2. "State of Maryland" Ownership



### Rationale

Property titled to the *State of Maryland* is state property and may reasonably qualify as a place of public assembly under the same rationale applicable to State Property generally. Ownership in the name of the State of Maryland identifies the State as the governmental owner, while the property's actual use determines whether it falls within an enumerated category, such as a park, recreational facility, courthouse, legislative assembly, polling place, or government building open to the public for governmental business or community use.

### Identification

The county property dataset identifies Maryland-owned property through the OWNERS_NAME field's STATE OF MARYLAND value:

```
"OWNERS_NAME" ILIKE 'STATE OF MARYLAND%'
```

Results

The search provided 380 matching parcels with a total land area of 369,992,420 square feet or 8,493.86 acres. The percentage land area of the county is 2.62%.

## 9.6. Category F: Schools and education property

### 9.6.1. Schools



### Rationale

Schools are expressly identified in the bill as places of public assembly. (*See* [Exhibit B]). The school category therefore provides a direct parcel-based representation of the county records classified as schools, including the grounds and other property represented by the parcel geometry.

### Identification

The county property dataset identifies schools through the PUBLICUSE_TYPE value SCHOOL:

```
"PUBLICUSE_TYPE" ILIKE 'SCHOOL'
```

Results

The search provided 289 matching parcels with a total land area of 173,186,607 square feet or 3,975.82 acres. The percentage of the county's land area is 1.22%.

## 9.6.2. Classroom Properties



### Rationale

Properties classified as classrooms are a reasonable supplemental education category. A classroom may be part of a school, religious school, or another educational facility, and the parcel may include associated grounds and access areas. This category is reported separately so that the reader can distinguish classroom records from the wider school category.

### Identification

The county property dataset identifies classroom properties through the DWELLSTORYNAME value Classroom:

```
"DWELLSTORYNAME" ILIKE 'Classroom'
```

Results

The search provided 5 matching parcels with a total land area of 3,696,592 square feet or 84.86 acres. The percentage of the county's land area is 0.03%.

## 9.6.3. "Board of Education" Ownership



### Rationale

Property owned by a Board of Education is a reasonable ownership-based proxy for school-related property.

### Identification

The county property dataset identifies classroom properties through the OWNERS_NAME value BOARD OF EDUCATION:

```
"OWNERS_NAME" ILIKE 'BOARD OF EDUCATION%'
```

### Results

The search provided 478 matching parcels with a total land area of 149,864,108 square feet or 3,440.41 acres. The percentage of the county's land area is 1.06%.

51

## 9.7. Category G: Mass transit

### 9.7.1. Mass Transit



### Rationale

Mass-transit stations are public-facing transportation facilities. Although the bill's listed categories do not use the phrase "mass transit station" as a separate label, a station may be associated with public access, community use, or property supporting another qualifying public facility.

### Identification

The county property dataset identifies the records through the PUBLICUSE_TYPE value MASS TRANSIT STATION:

```
"PUBLICUSE_TYPE" ILIKE 'MASS TRANSIT'
```

Results

The search provided 5 matching parcels with a total land area of 2,858,785 square feet or 65.63 acres. The percentage of the county's land area is 0.02%.

## 9.8. Category H: Libraries

### 9.8.1. Libraries



### Rationale

Libraries are expressly identified in the bill. (*See* [Exhibit B]).

### Identification

The county property dataset identifies libraries through the PUBLICUSE_TYPE value LIBRARY:

```
"PUBLICUSE_TYPE" ILIKE 'LIBRARY'
```

### Results

The search provided 12 matching parcels with a total land area of 1,088,696 square feet or 24.99 acres. The percentage of the county's land area is 0.01%.

## 9.9. Category I: Places of worship

### 9.9.1. Places of Worship



#### Rationale

Places of worship are expressly identified in the bill. (*See* [Exhibit B]).

#### Identification

The county property dataset identifies libraries through the `PUBLICUSE_TYPE` value `CHURCH`:

```
"PUBLICUSE_TYPE" ILIKE 'CHURCH'
```

#### Results

The search provided 533 matching parcels with a total land area of 115,481,441 square feet or 2,651.09 acres. The percentage land area of the county is 0.82%.

# 10. Conclusion

Across all categories, the source snapshot contains 17,292 category records. After de-duplicating records by account number, then source object identifier, then geometry, the program identifies 15,550 distinct mapped entities for its grand parcel count. Those counts are not added to calculate area.

The integrated area is calculated by dissolving each category first and then dissolving the category unions together. The integrated result therefore represents the land covered by at least one displayed category. A parcel may appear in several category rows, but the overlapping portion contributes only once to the integrated area.

As a result, with all layers integrated, the estimated impact of Bill 23-26 is 3,744,408,447 square feet, 85,959.97 acres, or 26.47% of Montgomery County.

Where any layer is not to be included, the program includes an interactive exclusion for users to estimate a more accurate value as the interpretation evolves.

# 11. References

Attached Exhibits

- [Exhibit A] **Résumé.**
- [Exhibit B] **Staff Report.** Montgomery County Council, *Expedited Bill 23-26, Weapons—Restrictions on Ghost Guns Near Minors and Carrying of Firearms in or Near Places of Public Assembly*, Agenda Item 2A (May 12, 2026).
- [Exhibit C] **Property Attribute Definitions.** Montgomery County Planning Department, *Property Attribute Definitions*.
- [Exhibit D] **Prior Bill 23-24 Map.** *22-23 Map*, map supplied for background regarding litigation concerning similar Montgomery County legislation.

Bills

- [Bill 23-26E] **Bill 23-26E—Weapons—Restrictions on Ghost Guns Near Minors and Carrying of Firearms in or Near Places of Public Assembly.** Montgomery County Council Legislative Information Management System,

https://apps.montgomerycountymd.gov/CCLLIMS/BillDetailsPage?RecordId=2911 (accessed July 30, 2026).

## Cases

- [Barreto]: *Julio Barreto, Jr. v. Montgomery County Maryland*, Case No. 8:26-cv-02912 (D. Maryland).
- [CtrlPew]: *CtrlPew, LLC v. Chiu*, Case No. 6:26-cv-00340 (M.D. Florida).

## Datasets

- [Property Dataset] Montgomery County Planning Department, *Property (polygons)*, Montgomery County Data Catalog, https://data-mcplanning.hub.arcgis.com/datasets/46adf9a319854672828ac192436d8e98/about (accessed July 30, 2026).

## Technical Sources

- [GIS] **What Is a Geographic Information System (GIS)?** U.S. Geological Survey, https://www.usgs.gov/faqs/what-a-geographic-information-system-gis (accessed July 30, 2026).
- [Simple Feature Access] **Simple Feature Access—Part 1: Common Architecture.** Open Geospatial Consortium, https://www.ogc.org/standards/sfa/ (accessed July 30, 2026).
- [RFC 7946] **The GeoJSON Format (RFC 7946).** Internet Engineering Task Force, https://www.ietf.org/ietf-ftp/rfc/rfc7946.txt.pdf (accessed July 30, 2026).
- [EPSG:2248] **NAD83 / Maryland (ftUS), EPSG:2248.** EPSG Geodetic Parameter Dataset, https://epsg.org/crs_2248/NAD83-Maryland-ftUS-.html (accessed July 30, 2026).

## Software Sources

- [Proj4js] **Proj4js.** https://proj4js.org/ (accessed July 30, 2026).
- [MapLibre] **MapLibre GL JS Documentation.** MapLibre, https://maplibre.org/maplibre-gl-js/docs (accessed July 30, 2026).
- [MapLibre GeoJSONSource] MapLibre GL JS API Documentation, https://maplibre.org/maplibre-gl-js/docs/API/classes/GeoJSONSource/ (accessed July

30, 2026).

- [Turf.js area] Turf.js, https://turfjs.org/docs/next/api/area (accessed July 30, 2026).

- [Turf.js buffer] Turf.js, https://turfjs.org/docs/api/buffer (accessed July 30, 2026).

- [Turf.js dissolve] Turf.js, https://turfjs.org/docs/7.1.0/api/dissolve (accessed July 30, 2026).

- [QGIS Vector Selection] QGIS Documentation, "Vector selection," https://docs.qgis.org/3.44/en/docs/user_manual/processing_algs/qgis/vectorselection.html (accessed July 28, 2026).

- [QGIS Expressions] QGIS Documentation, "List of functions," https://docs.qgis.org/3.44/en/docs/user_manual/expressions/functions_list.html (accessed July 28, 2026).

- [OpenStreetMap] OpenStreetMap Wiki, "About OpenStreetMap," https://wiki.openstreetmap.org/wiki/About_OpenStreetMap (accessed July 28, 2026).

- [Overpass API] OpenStreetMap Wiki, "Overpass API," https://wiki.openstreetmap.org/wiki/Overpass_API (accessed July 28, 2026).

## Dictionaries

- [Merriam-Webster, "Park"] Merriam-Webster.com Dictionary, https://www.merriam-webster.com/dictionary/park (accessed July 28, 2026).

## MCFRS

- [MCFRS Website] Montgomery County Fire and Rescue Service, "Montgomery County Fire and Rescue Service," https://www.montgomerycountymd.gov/montgomery-county-fire-rescue-service (accessed July 28, 2026).

- [MCFRS Public Education] Montgomery County Fire and Rescue Service, "Public Education," https://www.montgomerycountymd.gov/montgomery-county-fire-rescue-service/public-education (accessed July 28, 2026).

- [MCFRS Car Seat Safety] Montgomery County Fire and Rescue Service, "Infant & Child Car Seat Safety," https://www.montgomerycountymd.gov/montgomery-county-fire-rescue-service/public-education/public-education-programs-services/infant-child-car-seat-safety (accessed July 28, 2026).

- [MCFRS Review] **Google Maps Review.** Google Maps, "Montgomery County Fire Station 22," review by Matthew Mccall, https://maps.app.goo.gl/

KLEpJ3TdfHeME5cp6 (accessed July 27, 2026).

Misc.

- [No. US20180089896A1] **Virtual Reality Display of Pipe Inspection Data.** U.S. Patent Application No. US20180089896A1, https://patents.google.com/patent/US20180089896A1.

[1] A computer system integrated into a larger device to perform a dedicated function, typically with purpose-specific hardware and software and often subject to constraints on processing power, memory, energy use, timing, or reliability.

[2] Software services that run behind a user-facing application and handle functions such as data storage, business logic, authentication, communication, and integration with other systems.

[3] The process of combining data from multiple sensors to produce a more accurate, reliable, or complete estimate than any individual sensor could provide.

[4] JavaScript Object Notation

Exhibit A

# Résumé

# JOHN P. LETTMAN

29 Bon Air Avenue
Bradford, Pennsylvania 16701

📱 (814) 331-7157
✉ the@johnlettman.com

*14+ years of experience building embedded systems, robotic platforms, Linux-based userspaces, and production backend services.*

---

PROFESSIONAL EXPERIENCE

**LYNX TECHNOLOGIES**, remote

*Senior Embedded Software Engineer* — June 2026–present

- Develop security architecture for embedded Linux systems required to comply with FIPS
- Implement TPM 2.0-based key management, device identity, measured boot
- Implement secure boot and platform security using NXP Advanced High Assurance Boot
- Harden embedded Linux systems through attack-surface reduction, secure configuration, and management of cryptographic algorithms and cipher suites
- Implement filesystem integrity verification, dm-verity, and encrypted storage for deployed embedded platforms

**CONFIDENTIAL STARTUP**, remote

*Founding Embedded Software Engineer* — December 2025–present

- Develop foundational embedded systems for domestically produced UAVs
- Work across platform automation, radio communications, communication protocols, hardware integration, and supporting infrastructure
- Develop GIS systems for mapping, drone localization, and asset management

**TRIPLE DREAM FARM & REINS FOR RESCUES**, Smethport, Pennsylvania

*Chief Technology Officer* — June 2015–present

- Manage the nonprofit organization's groupware, email, document-management, and collaboration systems
- Design and operate email marketing, customer communication, and mailing-list infrastructure
- Manage site networking, physical security, surveillance, and access-control systems
- Implement and maintain e-commerce applications, point-of-sale systems, registers, and trade-show equipment
- Establish and administer policies governing access to telecommunications systems, information systems, and organizational data

**CLEAROBJECT**, remote

*Senior Backend Engineer* — June 2024–November 2025

- Led backend development across Python, Rust, and Ruby services supporting customer platforms and sensor-driven systems
- Designed and extended low-level backend APIs interfacing with sensor-processing and AI/ML workloads
- Worked across the complete software lifecycle, from architecture and implementation through production debugging in regulated and security-sensitive environments
- Supported customer deployments using containerized services on Kubernetes, including image building, promotion, and distribution through Azure Container Registry (ACR)

**CANONICAL LTD.**, remote

*Reliability Engineer II; temporary Direct Support Engineer* — June 2021–June 2024

- Operated and supported large-scale Linux cloud and hybrid environments using MAAS, OpenStack, Juju, Ceph, and Kubernetes

- Diagnosed complex production failures involving networking, storage, kernel behavior, virtualization, and hardware passthrough
- Supported specialized deployments involving SR-IOV, PCIe passthrough, CPU pinning, and AI/ML accelerator hardware
- Served as a technical escalation point for a major telecommunications customer, investigating its specialized requirements and advocating for its technical needs

Aethon, Pittsburgh, Pennsylvania

*Linux Engineer*                                November 2017–June 2021
- Designed and implemented a global simultaneous mapping and locatization methodology that unified indoor and outdoor environments
- Designed and implemented a Linux userspace for robotic platforms, supporting encrypted storage, OTA updates, and multiple deployment formats
- Built robust A/B upgrade mechanisms using *btrfs* subvolumes to prevent deployed robots from becoming inoperable during failed updates
- Diagnosed low-level failures in deployed robots, ranging from Wi-Fi and networking issues to kernel and device-driver defects
- Collaborated closely with electrical and software engineering teams on HW/SW integration
- Converted robotics automation software to build reproducibly across multiple Linux distributions using CMake and containerized build environments
- Designed and maintained large-scale ZFS storage systems supporting robotic data capture and analysis

RedZone Robotics, Pittsburgh, Pennsylvania

*Embedded Software Engineer*                          January 2016–July 2017
- Developed GIS functionality for overlaying pipeline infrastructure on top of municipal map services
- Developed embedded software in C and C++ for robotic platforms using AVR, ARM, Motorola 68000, and Axis CRIS processors
- Implemented low-level drivers for onboard peripherals using I²C, SPI, UART, GPIO, and 1-Wire interfaces
- Conducted field-testing with municipal crews, diagnosed real-world failures, and incorporated findings into subsequent system improvements
- Contributed to robotic systems used for large-scale pipe inspection, sensing, imaging, and data acquisition

CDS Analytical, Oxford, Pennsylvania

*Embedded Software Engineer*                   September 2012–September 2013
- Developed embedded controller software in C and C++ for gas chromatography instrumentation
- Worked directly with FreeRTOS and NetBurner RTOS, including identifying and resolving low-level UART timing inconsistencies
- Used electronics laboratory equipment to validate and diagnose HW/SW interactions
- Built a custom cross-compilation toolchain targeting the Motorola 68000 architecture

Seitz Technical Products, Oxford, Pennsylvania

*Infrastructure Technician & Programmer*           September 2010–September 2012

PATENTS    WO2018064159A1: *Devices, products and methods for pipe imaging and inspection*
US20180088099A1: *Method and apparatus for robotic, in-pipe water quality testing*
US9927354B1: *Method and apparatus for pipe imaging with chemical analysis*
US20180089896A1: *Virtual reality display of pipe inspection data*

COMPETENCIES    Extensive experience bridging embedded systems, robotics, operating systems, production infrastructure, GIS/mapping/SLAM, backend services, networking, and cloud environments – from continuous Free & Open Source and Professional engagement. Experience providing testimony.

PROGRAMMING LANGUAGES:
C, C++, Rust, Go, Python, Lua, JavaScript, TypeScript, Bash, Zsh, Fish, Starlark, Markdown, AsciiDoc, Asciidoctor, HTML, LaTeX, and XƎLaTeX

WEB TECHNOLOGIES:
HTML, CSS3, React.js, Vue.js, HTTP, web APIs, and backend service development

DATABASES & DATA SYSTEMS:
SQLite, PostgreSQL, MySQL, Microsoft SQL Server, relational data modeling, sensor data pipelines, and distributed data systems

EMBEDDED SYSTEMS & ROBOTICS:
Embedded Linux, Yocto Project, RTOS development (FreeRTOS and NetBurner), hardware bring-up, cross-compilation, boot and userspace integration, device drivers, I²C, SPI, UART, GPIO, 1-Wire, TPM-backed encryption, OTA updates, DeviceTrees, field-testing, and diagnostics using oscilloscopes, logic analyzers, and other laboratory equipment

OPERATING SYSTEMS & INFRASTRUCTURE:
Linux, NetBSD, Docker, Kubernetes, OpenStack, MAAS, Juju, Ceph, ZFS, btrfs, containerized build and deployment systems, operations, and hybrid cloud infrastructure

AI/ML & COMPUTER VISION:
AI/ML systems, inference and sensor-processing integrations, computer vision, and OpenCV

BACKEND & RELIABILITY ENGINEERING:
API development, distributed systems, observability, debugging, fault isolation, deployment automation, system integration, and diagnosis of failures spanning hardware, operating systems, networks, applications, cloud infrastructure Postfix, Dovecot, SMTP infrastructure, mail exchanger configuration, mail system validation, message formatting, delivery diagnostics, and end-to-end mail-flow analysis

EDUCATION    UNIVERSITY OF PITTSBURGH AT BRADFORD, Bradford, Pennsylvania
Computer Information Systems & Technology                            2014 - 2016

TCHS CCIU PENNOCK'S BRIDGE, Avondale, Pennsylvania
*Competency Certificate,* Computer Information Systems & Technology        2010 - 2014

Exhibit B

# Staff Report



**Montgomery County Council**

**Committee:** PS
**Committee Review:** At a future date
**Staff:** Christine Wellons, Chief Legislative Attorney
**Purpose:** To introduce agenda item – no vote expected

AGENDA ITEM #2A
May 12, 2026
**Introduction**

---

### SUBJECT

Expedited Bill 23-26, Weapons – Restrictions on Ghost Guns Near Minors and Carrying of Firearms in or Near Places of Public Assembly

Lead Sponsor: Councilmember Luedtke

Co-Sponsor: Councilmember Stewart

### EXPECTED ATTENDEES

   None

### COUNCIL DECISION POINTS & COMMITTEE RECOMMENDATION

   • N/A

### DESCRIPTION/ISSUE

Expedited Bill 23-26 would:

   (1)    define terms related to weapons and firearms;
   (2)    regulate the sale or transfer of ghost guns with respect to minors;
   (3)    amend exceptions to a prohibition against carrying firearms in places of public assembly;
   (4)    amend the regulation of the operation of gun shops; and
   (5)    generally amend the law regarding firearms and other weapons.

**This report contains:**
   Staff Report                                                                    Page 1
   Expedited Bill 23-26                                                          © 1
   Opinion of the Maryland Supreme Court                             © 7

---

**Alternative format requests for people with disabilities.** If you need assistance accessing this report you may submit alternative format requests to the ADA Compliance Manager. The ADA Compliance Manager can also be reached at 240-777-6197 (TTY 240-777-6196) or at adacompliance@montgomerycountymd.gov

Agenda Item #2A
May 12, 2026
**Introduction**

## MEMORANDUM

May 7, 2026

TO:            County Council

FROM:          Christine Wellons, Chief Legislative Attorney

SUBJECT:       Expedited Bill 23-26, Weapons – Restrictions on Ghost Guns Near Minors and
               Carrying of Firearms in or Near Places of Public Assembly

PURPOSE:       Introduction – no Council votes required

Expedited Bill 23-26, Weapons – Restrictions on Ghost Guns Near Minors and Carrying of Firearms in or Near Places of Public Assembly, is scheduled for introduction on May 12, 2026. The Lead Sponsor is Councilmember Luedtke, and the Co-Sponsor is Councilmember Stewart. A public hearing will be scheduled for June 9, 2026.

Expedited Bill 23-26 would:

(1)    define terms related to weapons and firearms;
(2)    regulate the sale or transfer of ghost guns with respect to minors;
(3)    amend exceptions to a prohibition against carrying firearms in places of public assembly;
(4)    amend the regulation of the operation of gun shops; and
(5)    generally amend the law regarding firearms and other weapons.

### BACKGROUND

In 2021 and 2022, the County Council enacted Bills 4-21 and 21-22E, which sought to regulate "ghost guns" and other firearms: (1) within 100 yards of "places of public assembly"; and (2) with respect to minors.

On April 28, 2026, the Maryland Supreme Court issued an opinion in *Engage Armament, LLC, et al. v. Montgomery County, Maryland* (Case No. 485899-V). Under the opinion, the Court upheld portions of Council Bills 4-21 and 21-22E, but found that other provisions of the bills exceed County authority or are preempted by State law.

The purpose of Expedited Bill 23-26 is to bring the County law into alignment with the Supreme Court's opinion in *Engage Armament* so that the County law is valid and enforceable under Maryland law.

**BILL SPECIFICS**

In accordance with the Maryland Supreme Court's opinion, Expedited Bill 23-26 would amend County Code Chapter 57, Sections 57-1, 57-7, and 57-11 regarding: (1) the definition of "ghost gun"; (2) the definition of "place of public assembly"; (3) the possession of ghost guns "in the presence of minors"; and (4) the application of the County law to individuals who have wear-and-carry permits from the state.

***Definition of ghost guns.*** The Court held that the County's restrictions on "ghost guns" could be construed, but must not be construed, to apply "with respect to firearms that have been serialized by firearms dealers in compliance with federal and State law." *Id*. at 56. Accordingly, Expedited Bill 23-26 would clarify the County's definition of "ghost guns" to read as follows:

"Ghost gun" means a firearm, including an unfinished frame or receiver, that:

> (A)    lacks a unique serial number engraved or cased in metal alloy on the frame or receiver by a <u>federally</u> licensed <u>firearms</u> <u>dealer,</u> manufacturer, maker<u>,</u> or importer in accordance with federal law; and

> (B)    **[**lacks markings and is not registered with the Secretary of the State Police in accordance with**]** <u>violates</u> Section 5-703(b)(2)**[(ii)]** of the Public Safety Article of the Maryland Code<u>, as</u> <u>amended</u>.

> "Ghost gun" does not include a firearm that has been rendered permanently inoperable, or a firearm that is not required to have a serial number in accordance with the Federal Gun Control Act of 1968<u>, as</u> <u>amended</u>.

***Definition of "place of public assembly*.** While the Court upheld the majority of the components of the County's definition of "place of public assembly," it "conclude[d] that hospitals, community health centers, long-term facilities, childcare facilities, and 'government building[s], including any place owned by or under the control of the County,' are not fairly encompassed within the definition of a 'place of public assembly.'" *Id*. at 34. "In summary, we conclude that the County's regulation of firearms in or within 100 yards of a place of public assembly is authorized by § 4-209(b)(1)(iii) to the extent it extends to a park, place of worship, school, library, recreational facility, multipurpose exhibition facility, polling place, courthouse, and legislative assembly." *Id*. at 36.

In accordance with the opinion, the bill would amend the definition of "place of public assembly" as follows:

2

*Place of public assembly:* A "place of public assembly" is:

(1)     a publicly or privately owned:

    (A)     park;

    (B)     place of worship;

    (C)     school;

    (D)     library;

    (E)     recreational facility; <u>or</u>

    **[**(F)     hospital;

    (G)     community health center, including any health care facility or community-based program licensed by the Maryland Department of Health;;

    (H)     long-term facility, including any licensed nursing home, group home, or care home;

    (I)**]** <u>(F)</u>     multipurpose exhibition facility, such as a fairgrounds or conference center**[**; or

    (J)     childcare facility**]**;

(2)     government building**[**, including any place owned by or under the control of the County**]** <u>open to the public for the business of government;</u>

(3)     polling place;

(4)     courthouse; <u>or</u>

(5)     legislative assembly**[**; or

(6)     a gathering of individuals to collectively express their constitutional right to protest or assemble**]**.

A "place of public assembly" includes all property associated with the place, such as a parking lot or grounds of a building.

3

***Ghost guns in the presence of minors.***  The Court held that state law preempts the following provision of County law: "A person must not purchase, sell, transfer, possess, or transport a ghost gun, including a gun created through a 3D printing process, in the presence of a minor." *Id*. at 39-40.  Accordingly, Expedited Bill 23-26 would remove the provision from County law (County Code Section 57-7(d)).

***Exemption for individuals with licenses traveling through the County.***  The Court held that the County's prohibition against possessing a firearm in "a place of public assembly" exceeded the County's authority to enact local laws because the prohibition could be construed to apply to an individual licensed by the state to carry a firearm while the person is travelling on a public highway. *Id*. at 61.  Accordingly, Expedited Bill 23-26 would add an exemption to the prohibition for: "the possession of a handgun by a person who has a permit to carry the handgun under State law while the person travels on public highways within 100 yards of a place of public assembly".

This packet contains:                                                           Circle #
    Expedited Bill 23-26                                     1
    Opinion of the Maryland Supreme Court                    7

Expedited Bill No. <u>23 - 26</u>
Concerning: <u>Weapons – Restrictions on Ghost Guns Near Minors and Carrying of Firearms in or Near Places of Public Assembly</u>
Revised: <u>May 7, 2026</u>  Draft No. <u>1</u>
Introduced: _____
Expires: <u>December 7, 2026</u>
Enacted: _____
Executive: _____
Effective: _____
Sunset Date: _____
Ch. _____, Laws of Mont. Co. _____

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

Lead Sponsor: Councilmember Luedtke
Co-Sponsor: Councilmember Stewart

**AN EXPEDITED ACT** to:
(1)    define terms related to weapons and firearms;
(2)    regulate the sale or transfer of ghost guns with respect to minors;
(3)    amend exceptions to a prohibition against carrying firearms in places of public assembly;
(4)    amend the regulation of the operation of gun shops; and
(5)    generally amend the law regarding firearms and other weapons.

By amending
Montgomery County Code
Chapter 57, Weapons
Sections 57-1, 57-7, and 57-11

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| <u>Underlining</u> | *Added to existing law by original bill.* |
| **[Single boldface brackets]** | *Deleted from existing law by original bill.* |
| <u>Double underlining</u> | *Added by amendment.* |
| **[[Double boldface brackets]]** | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland approves the following Act:*

(1)

**Sec. 1.  Sections 57-1, 57-7, and 57-11 are amended, as follows:**

**57-1.  Definitions.**

In this Chapter, the following words and phrases have the following meanings:

\*     \*     \*

*Gun* or *firearm:* Any rifle, shotgun, revolver, pistol, ghost gun, undetectable gun, air gun, air rifle or any similar mechanism by whatever name known which is designed to expel a projectile through a gun barrel by the action of any explosive, gas, compressed air, spring or elastic.

\*     \*     \*

(2)   "Ghost gun" means a firearm, including an unfinished frame or receiver, that:

(A)   lacks a unique serial number engraved or cased in metal alloy on the frame or receiver by a <u>federally</u> licensed <u>firearms</u> <u>dealer,</u> manufacturer, maker<u>,</u> or importer in accordance with federal law; and

(B)   **[**lacks markings and is not registered with the Secretary of the State Police in accordance with**]** <u>violates</u> Section 5-703(b)(2)**[**(ii)**]** of the Public Safety Article of the Maryland Code<u>, as amended</u>.

"Ghost gun" does not include a firearm that has been rendered permanently inoperable, or a firearm that is not required to have a serial number in accordance with the Federal Gun Control Act of 1968<u>, as amended</u>.

\*     \*     \*

*Place of public assembly:* A "*place of public assembly*" is:

(1)   a publicly or privately owned:

(A)   park;

(B)   place of worship;

(2)

(C)     school;

(D)     library;

(E)     recreational facility; or

[(F)    hospital;

(G)     community health center, including any health care facility or community-based program licensed by the Maryland Department of Health;;

(H)     long-term facility, including any licensed nursing home, group home, or care home;

(I)] (F)     multipurpose exhibition facility, such as a fairgrounds or conference center[; or

(J)     childcare facility];

(2)     government building[, including any place owned by or under the control of the County] open to the public for the business of government or community use;

(3)     polling place;

(4)     courthouse; or

(5)     legislative assembly[; or

(6)     a gathering of individuals to collectively express their constitutional right to protest or assemble].

A "place of public assembly" includes all property associated with the place, such as a parking lot or grounds of a building.

*     *     *

**57-7. Access to guns by minors.**

(a)     A person must not give, sell, rent, lend, or otherwise transfer any rifle or shotgun or any ammunition or major component for these guns in the County to a minor. This subsection does not apply when the transferor is

- 3 -

(3)

at least 18 years old and is the parent, guardian, or instructor of the minor, or in connection with a regularly conducted or supervised program of marksmanship or marksmanship training.

(b) An owner, employee, or agent of a gun shop must not allow a minor to, and a minor must not, enter the gun shop unless the minor is accompanied by a parent or other legal guardian at all times when the minor is in the gun shop.

(c) A person must not give, sell, rent, lend, or otherwise transfer to a minor:

(1) a ghost gun or major component of a ghost gun;

(2) an undetectable gun or major component of an undetectable gun; or

(3) a computer code or program to make a gun through a 3D printing process.

[(d) A person must not purchase, sell, transfer, possess, or transport a ghost gun, including a gun created through a 3D printing process, in the presence of a minor.

(e)] (d) A person must not store or leave a ghost gun, an undetectable gun, or a major component of a ghost gun or an undetectable gun, in a location that the person knows or should know is accessible to a minor.

[(f)] (e) This section must be construed as broadly as possible within the limits of State law to protect minors.

\*        \*        \*

**57-11. Firearms in or near places of public assembly.**

(a) In or within 100 yards of a place of public assembly, a person must not:

(1) sell, transfer, possess, or transport a ghost gun, undetectable gun, handgun, rifle, or shotgun, or ammunition or major component for these firearms; or

- 4 -

(4)

(2)    sell, transfer, possess, or transport a firearm created through a 3D printing process.

(b)    This section does not:

(1)    prohibit the teaching of firearms safety or other educational or sporting use in the areas described in subsection (a);

(2)    apply to a law enforcement officer, or a security guard licensed to carry the firearm;

(3)    apply to the possession of a firearm or ammunition, other than a ghost gun or an undetectable gun, in the person's own home;

(4)    apply to the possession of one firearm, and ammunition for the firearm, at a business by either the owner who has a permit to carry the firearm, or one authorized employee of the business who has a permit to carry the firearm; [or]

(5)    apply to separate ammunition or an unloaded firearm:

(A)    transported in an enclosed case or in a locked firearms rack on a motor vehicle, unless the firearm is a ghost gun or an undetectable gun; or

(B)    being surrendered in connection with a gun turn-in or similar program approved by a law enforcement agency; or

(6)    apply to the possession of a handgun by a person who has a permit to carry the handgun under State law while the person travels on public highways within 100 yards of a place of public assembly.

*    *    *

[(d)    Notwithstanding subsection (a), a gun shop owned and operated by a firearms dealer licensed under Maryland or federal law on January 1, 1997, may conduct regular, continuous operations after that date in the same permanent location under the same ownership if the gun shop:

(5)

(1)   does not expand its inventory (the number of guns or rounds of ammunition displayed or stored at the gun shop at one time) or square footage by more than 10 percent, or expand the type of guns (handgun, rifle, or shotgun) or ammunition offered for sale since January 1, 1997;

(2)   has secure locks on all doors and windows;

(3)   physically secures all ammunition and each firearm in the gun shop (such as in a locked box or case, in a locked rack, or with a trigger lock);

(4)   has adequate security lighting;

(5)   has a functioning alarm system connected to a central station that notifies the police; and

(6)   has liability insurance coverage of at least $1,000,000.]

**Sec. 2.  Expedited Effective Date.** The Council declares that this legislation is necessary for the immediate protection of the public interest. This Act takes effect on the date on which it becomes law.

**Sec. 3. Severability.** If any provision of this Act, or any provision of Chapter 57, is found to be invalid by the final judgment of a court of competent jurisdiction, the remaining provisions must be deemed severable and must continue in full force and effect.

**Sec. 4.** This Act and Chapter 57 must be construed in a manner that is consistent with regulations of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives.

(6)

Exhibit C

# Property Attribute Definitions

## FIELD DESCRIPTIONS

| ATTRIBUTE | DESCRIPTION |
| --- | --- |
| ACCT | Tax Account Number (Parcel ID) |
| STATUS | Blank = Active, Non-Blank = 1 County Exempt 2 State Exempt 3 Total Exempt |
| TOWN_CODE | Town Code Assigned To An Incorporated Municipality |
| DISTRICT | Assessement District Number |
| SUBDIVISION | Subdivision Code |
| SORT_KEY | Sort Value |
| SDAT_AREA | Taxable Area |
| ACRE_OR_SQFT | Acres Of The Lot/Parcel |
| LIBER | Book And Page Number Where Deed Is Recorded |
| FOLIO | Book And Page Number Where Deed Is Recorded |
| LOT | Lot Number Of Properties That Have Been Platted And Subdivided |
| BLOCK | Block Number Of Properties That Have Been Platted And Subdivided |
| TAX_CLASS | Tax Areas |
| ASSMT_DATE | Assessment Date |
| LAND_ASSMT | Land Assessment |
| PREF_ASSMT | Preferential Land Assessment |
| IMPROV_ASSMT | Improvement Asssessment |
| EXEMPT_CODE | Exempt Code |
| GRID | Grid Number Of The Tax Map In Which The Property Is Located |
| PARCEL_NO | Parcel Number Broken Into |
| SUBPARCEL | Parcel, Sub-Parcel |
| PROPERTY_CODE | Generated Based On State Landuse Code |
| LANDUSE_CODE | Land Use Code (County Land Use Code) |
| LU_CATEGORY | Translated County Land Use Code |
| AZ_CODE | State Land Use Code |
| AZCODE_NAME | State Land Use Code Translation |
| DWELLINGCONSTRCODE_NAME | Type Of Construction |
| DWELLSTORYNAME | Type Of Dwelling |
| PUBLICUSE_TYPE | Public Use Type |
| TRANSFER_DATE | Date Property Transferred |
| SALES_PRICE | Price Property Sold |

| ATTRIBUTE | DESCRIPTION |
| --- | --- |
| LEGAL_DESC | Legal Description |
| PREMISE_ADDR_HOUSENO | Street Number |
| PREMISE_ADDR_DIRECTION | Street Direction (Suffixes Such As N, S, Nw Etc, ) |
| PREMISE_ADDR_STREET | Street Name |
| PREMISE_ADDR_STREET_TYPE | Type Street - St, Rd, Blv, Etc. |
| PREMISE_ADDR_CITY | City |
| PREMISE_ADDR_ZIP | Zip |
| PREMISE_ADDR_ZIP_PLUS4 | Zip + 4 |
| CONDO_UNIT_NO | If Condo - This Is Unit Number |
| OWNERS_OCCUPANCY | Occupancy: D - Partial,H - 100%, N - 0%. |
| OWNERS_NAME | Owner Name |
| OWNERS_NAME2 | Other Owner Name |
| OWNERS_ADDR1 | Owner Address |
| OWNERS_ADDR2 | Owner Address |
| OWNERS_ADDR3 | Owner Address |
| OWNERS_CITY | Owner City |
| OWNERS_STATE | Owner State |
| OWNERS_ZIP | Owner Zip |
| OWNERS_ZIP_PLUS4 | Owner Zip+4 |
| ZONE_ | (See Zoning Map) |
| GR_FLR_AREA | Gross Floor Area Of Building |
| NO_STORIES | Number Of Stories Of Building |
| NO_DWELLINGS | Number Of Dwelling Units Or Parcel |
| DWELLING_TYPE | Type of Building Code |
| DWELLINGTYPE_NAME | Type of Building Code Translation |
| YEAR_BUILT | Year Primary Structure Was Built |
| LOT_WIDTH | Width Of Lot |
| LOT_DEPTH | Length Of Lot |
| DWELLING_GRADE | Dwelling Grade Quality Codes (Low, Good, Excellent etc) |
| DWELLING_CONSTRUCT_CODE | Material Type Code (Eg. Brick, Siding, Etc) |
| DWELLING_STORY_CODE | Dwelling Type With Number Of Stories Code |
| DWELLING_CONDITION | Dwelling Condition Type (Low To Excellent) |
| UTILITIES_WATER | Water Source (1 = Public, 2 = Private) |

| ATTRIBUTE | DESCRIPTION |
|---|---|
| UTILITIES_SEWER | Sewer Source (1 = Public, 2 = Private) |
| LOCATION_WATERFRONT | Water Front (1 = Yes 0 = No) |
| STREET_PAVED | Paving Status (1 = Yes) |
| STREET_UNPAVED | Unpaved Status (1 = Yes) |
| COMMER_INDUS | Commercial Industrial Influence Code |
| HISTORICAL | Historical Influence Effecting Property Values |
| PUBLIC_USE_CODE | Identifies Commercial Uses (Http://Www.Dat.State.Md.Us/Sdatweb/Bpruc.Html) |
| ACTIVITY_DATE | Date Of Last Update Of This Record |
| CREATION_DATE | Date Record Was Created |
| DELETION_DATE | Date Record Was Deleted |
| RAZED | Dwelling Tear Down |
| PARENT_TAX_NO | Parent Account Number |
| MULTIPARENT_IND | |
| RAZED_DATE | Date of Dwelling Tear Down |
| OUTLOT | If Not Null - This Is A Outlot. |
| ASSESSCYL | Assessment Cycle |
| CONDOFLR | |
| TAX_ZONE | |
| LOAD_DATE | Date Of Parcels Download |
| XSTATECO | X Coordinate Of Parcel Centroid |
| YSTATECO | Y Coordinate Of Parcel Centroid |
| GEOMETHD | |
| TAZ_1999 | Traffic Analysis Zone - 1999 Version |
| TAZ_2009 | Traffic Analysis Zone - 2009 Version |
| CDISTRICT | 2010 Council District |
| PLANNING | Planning Area |
| POLICY | Policy Area |
| MASTER_PLAN | Master Plan As Amended Area |
| BASEMAP | WSSC Grid (Example 228NW13) |
| TAXMAP | Tax Map Page |
| TAZ_1970 | Traffic Analysis Zone - 1970 Version |
| POLICY_AGP | Policy-Agricultural Growth Policy Area |
| CBPTEAM | Planning Department Area Team |

| ATTRIBUTE | DESCRIPTION |
|---|---|
| WATRSHED | Watershed |
| MUNICIP | Municipality (County If Not In A Municipality) |
| CLERK_PLAT | Clerk Of Curcuit Court Plat Number |
| RECORD_PLAT | County Plat Number |
| PLAT_LINK | Link To Plats.Net |
| BING3D | Link To Bing3D Oblique Imagery |
| STREETVIEW | Link To Google Streetview |
| RES_DWELLU | Residential Dwelling Units |
| NONRES_DWELLU | Nonresidential Dwelling Units |
| PARKING_UNITS | Number of Parking Units |
| SQFT_RESIDENTIAL | Residential Square Footage |
| SQFT_OFFICE | Office Square Footage |
| SQFT_RETAIL | Retail Square Footage |
| SQFT_INDUSTRIAL | Industrial Square Footage |
| SQFT_OTHER | Other Square Footage |
| LAND_ASSMT_RES | Land Assessment Value |
| IMPROV_ASSMT_RES | Improvement Asssessment Value |
| LAND_ASSMT_NONRES | Nonresidential Land Assessment Value |
| IMPROV_ASSMT_NONRES | Nonresidential Improvement Assessement Value |
| SQFT_PKG | Parking Square Footage |

| Landuse Code | Landuse Category | Description | Type |
|---|---|---|---|
| 111 | Single Family Detached | Single-Family Detached (Excludes Townhouses) | Housing Units |
| 116 | Single Family Attached | Townhouse, Duplex, Quadruplex, and Other Forms of Attached Single-Family Dwellings (Fee Simple) | Housing Units |
| 114 | Single Family Attached | Townhouse, Duplex, Quadruplex, etc (Condominium) | Housing Units |
| 115 | Multi-Family | Cooperative (All Types) | Housing Units |
| 118 | Multi-Family | Garden Apartment (Condominium) | Housing Units |
| 119 | Multi-Family | High-Rise Apartment Elevator (Condominium) | Housing Units |
| 112 | Single Family Attached | Townhouse, Duplex, Quadruplex, etc (Rental) | Housing Units |
| 113 | Multi-Family | Garden Apartment (Rental) | Housing Units |
| 117 | Multi-Family | High-Rise Apartment, Elevator (Rental) | Housing Units |
| 140 | Single Family Detached | Mobile Homes (Parks or Courts) | Housing Units |
| 121 | Multi-Family | Rooming and Boarding Houses | Group Quarters |
| 122 | Multi-Family | Membership Lodgings-Fraternity, Sorority, etc | Group Quarters |
| 123 | Multi-Family | Residence Halls or Dormitories | Group Quarters |
| 124 | Multi-Family | Retirement Homes and orphanages | Group Quarters |
| 125 | Multi-Family | Religious Quarters | Group Quarters |
| 126 | Multi-Family | Nursing Homes | Group Quarters |
| 127 | Institutional/Community Facility | Hospitals | Group Quarters |
| 151 | Retail | Hotels, Motels (All Transient Lodgings) | Group Quarters |
| 200 | Industrial | Industrial Park (Multiple Building, Single Ownership of Land | Industrial Production |
| 201 | Industrial | Industrial Production, Multiple Occupancy-Mixed  Industrial Use | Industrial Production |
| 202 | Industrial | Industrial Production, Multiple Occupancy-Mixed Industrial Use (Condominium) | Industrial Production |
| 203 | Industrial | Industrial Production, Single Industrial Use (Fee Simple) | Industrial Production |
| 204 | Industrial | Industrial Production, Single Industrial Use (Condominium) | Industrial Production |
| 205 | Industrial | Mixed Industrial/Commercial | Industrial Production |
| 206 | Industrial | Mixed Light Industrial-Single Occupancy Condominium (Auto Repair, Woodworking Shops, etc) | Industrial Production |
| 207 | Research and Development | Research and Development (Biological, Defense, Communications, etc | Industrial Production |
| 400 | Parking and Transportation | Transportation (All Transit, Highway Facilities, Right-of-Way, etc) | Transportation Communication and Utilities (Non-Office) |
| 431 | Parking and Transportation | Airports and Flying Fields | Transportation Communication and Utilities (Non-Office) |
| 460 | Parking and Transportation | Automobile Parking Lot (Permanent Use) | Transportation Communication and Utilities (Non-Office) |
| 461 | Parking and Transportation | Automobile Parking Lot (Temporary Use Land May Be Built Upon) | Transportation Communication and Utilities (Non-Office) |
| 462 | Parking and Transportation | Autombile Parking Structure | Transportation Communication and Utilities (Non-Office) |
| 463 | Parking and Transportation | Condominium Parking Space | Transportation Communication and Utilities (Non-Office) |
| 470 | Utility | Communication (Telephone, Radio, Ad Television Facilities: Towers, Yards, Right-of-Way and Other Non-Office Facilities | Transportation Communication and Utilities (Non-Office) |
| 480 | Utility | Utilities (Gas, Electric, Water, Sewage, Solid Waste, and Other Facilities   Including Pipelines and Rights-of-Way, Non-Office) | Transportation Communication and Utilities (Non-Office) |
| 519 | Retail | Wholesale (Non-Warehouse and Nce [Not Covered Elsewhere]  Communications and Utilities) | Warehousing and Wholesale(Business Oriented Activity) |
| 637 | Warehouse | Warehouse Storage Facilities (Non-Transportation, Communications, and Utilities; Primarily Storage of Goods To Be Used Elsewhere) | Warehousing and Wholesale(Business Oriented Activity) |
| 639 | Industrial | Mini Storage Facilities | Warehousing and Wholesale(Business Oriented Activity) |
| 501 | Retail | Regional Shopping Center (Large--Montgomery Mall, White Flint,   Lake Forest, Wheaton Plaza) | Retail Trade |
| 502 | Retail | Subregional Shopping Center (Briggs Chaney Plaza, White Oak, Cabin John Shopping Center, etc) | Retail Trade |
| 503 | Retail | Convenience Center (Major Anchor Is Grocery or Drug Store) - Several Stores At One Location | Retail Trade |
| 504 | Retail | Highway Commercial | Retail Trade |
| 521 | Retail | Lumber and Other Building Materials | Retail Trade |
| 531 | Retail | Department Store | Retail Trade |
| 541 | Retail | Groceries - Retail | Retail Trade |
| 551 | Retail | Motor Vehicles - Retail | Retail Trade |
| 553 | Retail | Gasoline Service Stations | Retail Trade |
| 559 | Retail | Other Automotive - Retail Trade | Retail Trade |
| 580 | Retail | Fast Food Eating Places | Retail Trade |
| 581 | Retail | Eating and Drinking (Non Fast Food) | Retail Trade |
| 599 | Retail | Other Retail Trade and Services - Consumer oriented Apparel, Furniture,  Liquor, Drug, Books, etc) | Retail Trade |

| 641 | Industrial | Automobile Repair | Retail Trade |
|---|---|---|---|
| 600 | Office | Office Buildings Multi-Tenant | Office Buildings and Selected Services |
| 601 | Office | Office Buildings Multi-Tenant (Condominium) | Office Buildings and Selected Services |
| 602 | Office | Office Buildings Single-Tenant | Office Buildings and Selected Services |
| 603 | Office | Office Buildings Single-Tenant (Condominium) | Office Buildings and Selected Services |
| 604 | Office | Mixed Office & Retail (Retail Is either Business or Consumer | Office Buildings and Selected Services |
| 605 | Office | Mixed Office & Retail (Retail Is either Business or Consumer) [Condominium] | Office Buildings and Selected Services |
| 611 | Retail | Banks | Office Buildings and Selected Services |
| 651 | Office | Medical and Other Health Services (Health Services Only Facility) | Office Buildings and Selected Services |
| 653 | Office | Medical and Other Health Services (Health Services Only Facility) [Condominium] | Office Buildings and Selected Services |
| 671 | Institutional/Community Facility | General Government (Other Than Office Buildings, Schools, Culture, and Utilities) | Government Services and Institutional |
| 672 | Institutional/Community Facility | Police, Fire, Civil Defense | Government Services and Institutional |
| 673 | Institutional/Community Facility | Postal Service | Government Services and Institutional |
| 674 | Institutional/Community Facility | Correctional Institution | Government Services and Institutional |
| 675 | Institutional/Community Facility | Military Bases and Reservations | Government Services and Institutional |
| 681 | Institutional/Community Facility | Nursery, Primary, and Secondary Education (Nursery Schools, Primary [Elementary]  Schools, Secondary Schools) | Government Services and Institutional |
| 682 | Institutional/Community Facility | University, College, Junior College, and Professional School Education (Universities and Colleges, Junior Colleges, Professional Schools) | Government Services and Institutional |
| 691 | Institutional/Community Facility | Religious Activities (Churches, Synagogues and Temples; Other Religious Activities) | Government Services and Institutional |
| 692 | Institutional/Community Facility | Cemeteries | Government Services and Institutional |
| 711 | Cultural | Cultural Activities (Libraries, Museums, Art Galleries, Other Cultural Activities) | Culture and Recreation |
| 721 | Cultural | Entertainment Assembly (Amphitheaters, Motion Picture Theatres, Drive-In Movies,  Legitimate Theaters, Other Entertainment Assembly) | Culture and Recreation |
| 722 | Open Space/Recreation | Sports Assembly (Stadiums, Arenas and Field Houses, Race Tracks, Other Sports Assembly) | Culture and Recreation |
| 723 | Cultural | Public Assembly, Miscellaneous Purposes (Auditoriums) | Culture and Recreation |
| 731 | Open Space/Recreation | Fairgrounds and Amusement Parks | Culture and Recreation |
| 739 | Open Space/Recreation | Other Amusements (Penny Arcades, Miniature Golf, Golf Driving Range, Go-Cart Tracks, Other Amusements) | Culture and Recreation |
| 740 | Open Space/Recreation | Open Space (Community Association, Homeowner Association or Other Non-Developable Private Open Space Without Improvements) | Culture and Recreation |
| 741 | Open Space/Recreation | Sports Activities (Golf Courses, With or Without Country Clubs, Tennis Courts, Ice Skating, Roller Skating, Riding Stables, Bowling, Skiing and Tabogganing, Other Sports Activities, NCE) | Culture and Recreation |
| 742 | Open Space/Recreation | Playgrounds and Athletic Areas (Play Lots or Tot Lots, Playgrounds, Playfields or Athletic Fields, Recreation Centers [General], Gymnasiums and Athletic Clubs, Other Playground and Athletic Areas) | Culture and Recreation |
| 743 | Open Space/Recreation | Swimming Areas (Swimming Beaches, Swimming Pools) | Culture and Recreation |
| 761 | Parks | Parks - General Recreation | Culture and Recreation |
| 790 | Cultural | Other Cultural, Entertainment, and Recreational Activities | Culture and Recreation |
| 812 | Agriculture | Farms, Predominately Crops | Resource Production |
| 815 | Agriculture | Farms, Predominately Dairy | Resource Production |
| 816 | Agriculture | Farms, Predominately Livestock other than Dairy | Resource Production |
| 818 | Agriculture | Farms, General Nce | Resource Production |
| 839 | Agriculture | Forestry | Resource Production |
| 850 | Industrial | Mining Activities and Related Services | Resource Production |
| 890 | Industrial | Other Resource Production and Extraction | Resource Production |
| 910 | Vacant | Vacant and Unused Land Available For Development (Do Not Inclue Active Farms or Community Association Land, Right-of-Way, etc) | Vacant Land |
| 930 | Vacant | Water Areas | Vacant Land |
| 990 | Vacant | Other Undeveloped Land (Includes Land Not Available For Development Except Community Association and Recreation Land, Use 740, and Includes Out Parcels). | Vacant Land |

**Exemption Codes and Descriptions**

| Code | Description |
|---|---|
| 010 | BLIND |
| 020 | DISABLED VETERANS |
| 021 | DISABLED VETERANS SURVIVING SPOUSE |
| 030 | CONSERVATION TAX CREDIT |
| 031 | CONSERVATION TAX CREDIT (STATE ONLY) |
| 040 | MEDICAL EXEMPTION |
| 041 | MEDICAL EXEMPTION (C & M Exempt) |
| 050 | OTHER |
| 060 | LOCAL RELIGIOUS TAX CREDIT |
| 070 | OTHER |
| 071 | OTHER (MUNIC ONLY) |
| 080 | OTHER |
| 081 | MORE JOBS ACT (STATE ONLY) |
| 090 | PROPERTIES OF FOREIGN GOVERNMENTS |
| 095 | ISABEL STORM CREDIT |
| 100 | OFFICE BUILDINGS |
| 110 | HOSPITALS |
| 120 | PARKS |
| 130 | MILITARY INSTALLATIONS |
| 140 | SCHOOLS |
| 150 | AIRPORTS (NON-MILITARY) |
| 160 | RESEARCH INSTITUTIONS |
| 170 | OTHER |
| 180 | SEIZED PROPERTIES |
| 190 | GAME PRESERVES |
| 200 | OFFICE BUILDINGS |
| 210 | HOSPITALS & HEALTH RELATED FACILITIES |
| 220 | PARKS |
| 230 | POLICE STATIONS & BARRACKS |
| 240 | ARMORIES |
| 250 | COLLEGES |
| 260 | AIRPORTS (BWI) |
| 270 | MUSEUMS |
| 280 | DETENTION CENTERS |
| 290 | GAME PRESERVES |
| 300 | PORT AUTHORITY |
| 310 | OTHER |
| 320 | OTHER |
| 330 | DEPARTMENT OF PUBLIC WORKS |
| 335 | N.E. MD WASTE DISPOSAL AUTHORITY |
| 340 | MARKET AUTHORITY |
| 350 | OTHER |
| 360 | METROPOLITAN TRANSIT AUTHORITY |
| 370 | HOUSING & URBAN DEVELOPMENT |
| 380 | STATE ROADS COMMISSION (MASS TRANSIT) |
| 390 | TOBACCO WAREHOUSE |
| 391 | TOBACCO WAREHOUSE (COUNTY ONLY) |
| 400 | OFFICE BUILDINGS |
| 401 | OFFICE BUILDINGS (C & M Exempt) |

| | |
|---|---|
| 410 | HOSPITALS & HEALTH RELATED FACILITES |
| 420 | PARKS AND RECREATION |
| 430 | POLICE STATIONS |
| 440 | SCHOOLS (PUBLIC, INCLUDING JUNIOR COLL.) |
| 450 | AIRPORTS |
| 460 | MUSEUMS |
| 470 | DETENTION CENTERS |
| 480 | OFF-STREET PARKING |
| 481 | OFF-STREET PARKING (C & M Exempt) |
| 490 | FIRE DEPARTMENTS |
| 500 | PUBLIC WORKS PROPERTIES |
| 501 | FLOOD PLAINS |
| 502 | STORM DRAINS |
| 503 | COMMON AREAS BY PLAT |
| 504 | OPEN SPACES BY PLAT |
| 505 | FLOOD PLAIN BY PLAT |
| 506 | LANDFILLS |
| 507 | WASTEWATER PUMPING STATIONS |
| 508 | FRESHWATER PUMPING STATIONS |
| 510 | HOUSING AUTHORITY |
| 511 | HOUSING AUTHORITY (C & M EXEMPT) |
| 512 | HOUSING AUTHORITY (STATE EXEMPT) |
| 520 | LIBRARIES |
| 530 | COMMISSION FOR HISTORICAL PRESERVATION |
| 540 | TAX SALE PROPERTY |
| 550 | DOCKS AND WHARVES |
| 560 | HOUSING & COMMUNITY DEVELOPMENT |
| 570 | MARKET & COMFORT STATIONS |
| 580 | OTHER |
| 590 | OTHER |
| 591 | DEPT OF ENVIRONMENT PROTECTION |
| 600 | OFFICE BUILDINGS |
| 610 | PARKS AND RECREATION |
| 620 | POLICE STATIONS |
| 630 | MUSEUMS |
| 640 | FIRE DEPARTMENTS |
| 650 | PUBLIC WORKS PROPERTIES |
| 660 | HOUSING AUTHORITY |
| 670 | OTHER |
| 680 | OTHER |
| 690 | OTHER |
| 700 | CHURCHES, SYNAGOGUES, & PARSONAGES |
| 710 | CHURCH SCHOOLS |
| 720 | CHURCH COLLEGES |
| 730 | CEMETERIES (CHURCH) |
| 740 | HOSPITALS & HEALTH RELATED FAC (CHURCH) |
| 750 | CAMPS (CHURCH) |
| 760 | OTHER (SALVATION ARMY-MISSIONS) |
| 770 | CHURCH SOCIETIES AND CLUBS |
| 780 | CHURCH-AGED & REHAB. HOMES |
| 790 | OTHER |

| | |
|---|---|
| 791 | POWERPLANTS (with Legislative Exemptions) |
| 792 | OTHER (S Exempt) |
| 794 | PARKING LOT |
| 795 | PARKING LOT |
| 800 | PRIVATE SCHOOLS |
| 805 | PAYMENT IN LIEU OF TAXES |
| 806 | PAYMENT IN LIEU OF TAXES (C & M Exempt) |
| 807 | PAYMENT IN LIEU OF TAXES (COUNTY ONLY) |
| 808 | PAYMENT IN LIEU OF TAXES (C & S Exempt) |
| 810 | PRIVATE COLLEGES |
| 820 | HOSPITALS & HEALTH RELATED FACILITES |
| 830 | LODGES |
| 840 | NON-PROFIT HOUSING FOR THE ELDERLY |
| 850 | BOY SCOUT & GIRL SCOUT CAMPS |
| 860 | OTHER |
| 861 | OTHER (C & M Exempt) |
| 862 | OTHER (S Exempt) |
| 870 | OTHER CAMPS |
| 880 | YMCA OR YWCA CAMPS |
| 890 | TRADE ASSOCIATIONS |
| 900 | CIVIC ORGANIZATIONS |
| 901 | CIVIC ORGANIZATIONS (C & M Exempt) |
| 905 | COMMUNITY OWNED PROPERTY |
| 906 | COMMUNITY OWNED PROPERTY (C & M Exempt) |
| 910 | CLUBS |
| 911 | CLUBS (C & M Exempt) |
| 915 | RESEARCH ORGANIZATION |
| 920 | HISTORICAL SOCIETIES |
| 930 | MUSEUMS |
| 940 | VOLUNTEER FIRE DEPARTMENTS |
| 941 | VOLUNTEER FIRE DEPTS (COUNTY ONLY) |
| 950 | FAIR GROUNDS |
| 960 | VETERANS ORGANIZATIONS |
| 961 | VETERANS ORGANIZATIONS (C & M Exempt) |
| 970 | GOODWILL-DISABLED VET REHAB CNT-RED CR. |
| 980 | PRIVATE CEMETERIES |
| 990 | B & O RAILROAD |
| 991 | B & A RAILROAD |
| 992 | CONRAIL (CONSOL. RAIL CORP) |
| 993 | NATL RAILROAD PASSENGER CORP |
| 994 | PENN-CENTRAL (PHI-WSH-BAL RR.) |
| 999 | UNKNOWN |

**Parcel file field information for field DWELLING TYPE**

| CODE | DESCRIPTION |
|------|-------------|
| 01 | standard single family unit 1, 2 or 3 story |
| 02 | townhouse end unit |
| 03 | townhouse center unit |
| 04 | split foyer 2 levels of living area |
| 05 | split level 3 or more levels of living area |
| 06 | mobile home |
| 07 | condominium townhouse |
| 08 | condominium garden unit |
| 09 | condominium highrise |
| 10 | condominium penthouse |
| 11 | condominium, studio |
| 12 | boat slip |
| 13 | rental dwelling |
| 14 | condominium parking space |
| 15 | condominium storage unit |
| 16 | no data |

PUBLIC USE CODE

| PUCODE | PUNAME |
|--------|--------|
| 00000 | UNIMPROVED LAND |
| 00010 | RESIDENTIAL STRUCTURE/IMPROVEMENT ON COMMERCIAL OR INDUSTRIAL ZONED LAND |
| 00020 | RESIDENCE ON COMMERCIAL OR INDUSTRIAL ZONED LAND THAT RECEIVES REZONED REAL PROPERTY VALUATION. |
| 00030 | AGRICULTURAL LIMITED LIABILITY COMPANY |
| 00050 | COMMON USE FACILITIES RECEIVING NO ASSESSMENT OR "ZERO VALUE". |
| 00060 | PROPERTIES WHICH CANNOT BE PHYSICALLY LOCATED OR PLOTTED ON A MAP AND ARE "0" VALUED. |
| 00070 | PROPERTY OWNED BY A COOPERATIVE CORPORATION. |
| 01000 | APARTMENTS |
| 01400 | APARTMENTS, SENIOR UNITS |
| 01500 | APARTMENTS, GARDEN |
| 01515 | RURAL DEVELOPMENT MULTIFAMILY SUBSDIZED PROPERTY |
| 01550 | APARTMENTS, HI RISE |
| 01600 | APARTMENTS, TOWNHOUSE |
| 01650 | APARTMENTS, MIXED |
| 01700 | APARTMENTS, STUDENT HOUSING |
| 01800 | APARTMENTS-SUBSIDIZED |
| 01842 | SUBSIDIZED HOUSING SECTION 42, W/LIHTC |
| 03500 | MOBILE HOME PARK |
| 04000 | HOTEL |
| 04200 | HOTEL EXTENDED STAY |
| 05000 | MOTEL (Usually less than 4 stories) |
| 05200 | BED AND BREAKFAST |
| 05600 | MOTEL/OLD STYLE |
| 11000 | AUTO DEALERSHIP |
| 11400 | JUNKYARD |
| 11600 | USED CAR LOT |
| 11700 | RECREATIONAL OR TRAILER |
| 11800 | COMMERCIAL VEHICLE DEALERSHIP |
| 11900 | MOTORCYCLE DEALERSHIP |
| 12000 | PARKING |
| 12010 | SEPARATELY DEEDED CONDOMINIUM PARKING SPACES |
| 12500 | PARKING, GARAGE |

| | |
|---|---|
| 12600 | PARKING, LOT |
| 13000 | SERVICE STATION (Typically 2 or 3 bays with no more than 6 stalls) |
| 13200 | TRUCK STOP |
| 13600 | SERVICE STATION, WITH CONVENIENCE STORE (Typically w/o service bays) |
| 13700 | SERVICE STATION HI VOLUME (Predominantly gas sales) |
| 13800 | SERVICE STATION MODERN (Typically more than 3 bays and 6 islands) |
| 15000 | CAR WASH |
| 17000 | AUTO SERVICE (General) |
| 17020 | STORAGE GARAGE |
| 17100 | TIRE SALES AND SERVICE |
| 17200 | PARTS AND SERVICE WITH AUTO DEALERSHIP |
| 23000 | RESTAURANT |
| 23500 | FAMILY STYLE RESTAURANT |
| 23600 | RESTAURANT, CONVERTED DWELLING |
| 25000 | RESTAURANT, FAST FOOD |
| 27000 | BAR/TAVERN |
| 27100 | BAR/TAVERN/CONVERTED DWELLING |
| 28000 | WINERY |
| 28100 | DISTILLERY |
| 28200 | BREWERY |
| 29000 | BANQUET/CATERING FACILITIES |
| 30000 | STORE-RETAIL |
| 30010 | STORE-RETAIL CONDO |
| 30500 | NURSERY/RETAIL GARDEN CENTER |
| 30600 | RETAIL/APT UP |
| 30650 | RETAIL/OFFICE UP |
| 30700 | LUMBER YARD |
| 30800 | RETAIL-CONVERTED DWELLING |
| 31000 | SHOPPING CENTER |
| 32000 | STORE-DISCOUNT |
| 33000 | STORE-DEPARTMENT |
| 34000 | STORE-LIQUOR |
| 35000 | CONVENIENCE MARKET |
| 36000 | STORE-FOOD |

| | |
|---|---|
| 37000 | LAUNDROMAT |
| 39000 | BARBER SHOP/HAIR SALON |
| 40000 | OFFICE BUILDING |
| 40600 | OFFICE WITH APT UP |
| 40710 | OFFICE CONDO |
| 40800 | OFFICE - CONVERTED DWELLING |
| 41000 | OFFICE BUILDING, MEDICAL |
| 41710 | OFFICE-MED CONDO |
| 41800 | OFFICE-MED, CONVERTED DWELLING |
| 42000 | OFFICE-VETERINARY |
| 43000 | HOSPITAL |
| 44000 | NURSING HOME |
| 44050 | NURSING HOME-CONVERTED BUILDING |
| 44100 | LIFE CARE FACILITY |
| 44200 | ASSISTED LIVING (AMBULATORY) |
| 44300 | RETIREMENT CENTER |
| 48000 | BANK BUILDING |
| 48500 | BANK BRANCH |
| 49000 | POST OFFICE |
| 50000 | WAREHOUSE |
| 50710 | WAREHOUSE CONDO |
| 50720 | MACHINERY/EQUIPMENT SHEDS |
| 50800 | COLD STORAGE WAREHOUSE |
| 51000 | WAREHOUSE-DISTRIBUTION |
| 52000 | WAREHOUSE (LOFT, R&D, FLEX) |
| 53000 | MINI STORAGE |
| 53100 | MINI STORAGE WAREHOUSE TEMPERATURE CONTROLLED |
| 54000 | TRUCK TERMINAL |
| 55000 | MANUFACTURING |
| 55420 | CANNABIS LICENSED GROWER |
| 55430 | CANNABIS LICENSED PROCESSOR |
| 56000 | TANK FARM |
| 57000 | CEMENT PLANT |
| 57500 | CEMENT SILOS |

| | |
|---|---|
| 58000 | ELECTRIC GENERATOR PLANTS / NON-UTILITY |
| 58100 | ELECTRIC GENERATOR SOLAR FARM / NON-UTILITY |
| 60000 | RECREATION PROPERTY |
| 60010 | AMUSEMENT PARKS |
| 60020 | CAMP GROUNDS |
| 60030 | FAIR GROUNDS |
| 60040 | CASINO |
| 60300 | GOLF COURSE SUBJECT TO USE AGREEMENT |
| 60400 | COUNTRY CLUB SUBJECT TO USE AGREEMENT |
| 60500 | GOLF COURSE |
| 60550 | COUNTRY CLUB W/ GOLF COURSE |
| 60600 | SWIMMING POOL |
| 60700 | HEALTH CLUB |
| 60750 | MINIATURE GOLF/DRIVING RANGE/BATTING CAGE |
| 60800 | HANDBALL/RACQUETBALL |
| 60850 | TENNIS COURT |
| 60900 | BOWLING ALLEY |
| 60950 | ROLLER/ICE SKATING RINK |
| 61000 | CLUB-SOCIAL |
| 62000 | TRACK |
| 63000 | THEATER, MOVIE |
| 65100 | BOAT STORAGE YARD |
| 65500 | MARINA |
| 65710 | MARINA CONDO |
| 70000 | DAY CARE CENTER |
| 70050 | DAY CARE-CONVERTED DWELLING |
| 71000 | FUNERAL HOME |
| 71050 | FUNERAL HOME-CONVERTED DWELLING |
| 72000 | CEMETERY |
| 73000 | AIRPORT |
| 73500 | HANGAR, PLANE |
| 80000 | CHURCH |
| 80010 | SCHOOL |
| 80020 | JAIL/CORRECTIONAL FACILITIES |

| | |
|---|---|
| 80030 | FIRE STATION |
| 80040 | FRATERNITY |
| 80050 | LIBRARY |
| 80060 | POLICE STATION |
| 80070 | BUS STATION |
| 80080 | MASS TRANSIT STATION |
| 80090 | ARMORIES |
| 80110 | MUSEUMS |
| 80120 | YARD ITEMS |
| 80130 | CELL TOWER SITE |
| 80200 | MUNICIPAL PROPERTY |
| 80300 | COUNTY PROPERTY |
| 80400 | STATE PROPERTY |
| 80500 | FEDERAL PROPERTY |
| 08100 | A & N Electric - Operating Property |
| 08101 | Baltimore Gas & Electric - Operating Property |
| 08102 | Choptank Electric - Operating Property |
| 08103 | Peco Electricity - Operating Property |
| 08104 | Delmarva Power & Light - Operating Property |
| 08105 | Penn Electric Company - Operating Property |
| 08106 | Potomac Edison - Operating Property |
| 08107 | Potomac Electric - Operating Property |
| 08108 | Somerset Electric - Operating Property |
| 08109 | Southern MD Electric - Operating Property |
| 08110 | Susquehanna Power - Operating Property |
| 10100 | A & N Electric - Non-Operating Property |
| 10101 | Baltimore Gas & Electric - Non-Operating Property |
| 10102 | Choptank Electric - Non-Operating Property |
| 10103 | Peco Electricity - Non-Operating Property |
| 10104 | Delmarva Power & Light - Non-Operating Property |
| 10105 | Penn Electric Company - Non-Operating Property |
| 10106 | Potomac Edison - Non-Operating Property |
| 10107 | Potomac Electric - Non-Operating Property |
| 10108 | Somerset Electric - Non-Operating Property |

| | |
|---|---|
| 10109 | Southern MD Electric - Non-Operating Property |
| 10110 | Susquehanna Power - Non-Operating Property |
| 08200 | Chesapeake Utilities - Operating Property |
| 08202 | Columbia Gas MD - Operating Property |
| 08203 | Sandpiper Energy - Operating Property |
| 08205 | Pivotal Utility Holdings - Operating Property |
| 08206 | UGI Central Penn Gas (Emmitsburg) - Operating Property |
| 08207 | Washington Gas Light - Operating Property |
| 10200 | Chesapeake Utilities - Non-Operating Property |
| 10202 | Columbia Gas MD - Non-Operating Property |
| 10203 | Sandpiper Energy - Non-Operating Property |
| 10205 | Pivotal Utility Holdings - Non-Operating Property |
| 10206 | UGI Central Penn Gas (Emmitsburg) - Non-Operating Property |
| 10207 | Washington Gas Light - Non-Operating Property |
| 08300 | Dominion Transmission - Operating Property |
| 08301 | Colonial Pipeline - Operating Property |
| 08302 | Columbia Gas Trans. - Operating Property |
| 08303 | Cove Point LNG - Operating Property |
| 08304 | Eastern Shore Nat. Gas - Operating Property |
| 08305 | Texas Eastern - Operating Property |
| 08306 | Transcontinental Gas Pipe Line - Operating Property |
| 10300 | Dominion Transmission - Non-Operating Property |
| 10301 | Colonial Pipeline - Non-Operating Property |
| 10302 | Columbia Gas Trans. - Non-Operating Property |
| 10303 | Cove Point LNG - Non-Operating Property |
| 10304 | Eastern Shore Nat. Gas - Non-Operating Property |
| 10305 | Texas Eastern - Non-Operating Property |
| 10306 | Transcontinental Gas Pipe Line - Non-Operating Property |
| 08400 | Light Rail (Old Balto-Annap) - Operating Property |
| 08401 | Canton Rail - Operating Property |
| 08404 | CSX Transportation - Operating Property |
| 08405 | Cassatt Management d/b/a Bay Coast RR - Operating Property |
| 08406 | MD Midland Railroad - Operating Property |
| 08407 | MD & Del Railroad - Operating Property |

| | |
|---|---|
| 08408 | Norfolk & Southern - Operating Property |
| 08409 | Tradepoint Rail, LLC - Operating Property |
| 08411 | Winchester & Western - Operating Property |
| 08412 | National Railroad Passenger Corp. - Operating Property |
| 08413 | Eighteen Thirty Group/George Creek Railroad - Operating Property |
| 10400 | Light Rail (Old Balto-Annap) - Non-Operating Property |
| 10401 | Canton Rail - Non-Operating Property |
| 10404 | CSX Transportation - Non-Operating Property |
| 10405 | Cassatt Management d/b/a Bay Coast RR - Non-Operating Property |
| 10406 | MD Midland Railroad - Non-Operating Property |
| 10407 | MD & Del Railroad - Non-Operating Property |
| 10408 | Norfolk & Southern - Non-Operating Property |
| 10409 | Tradepoint Rail, LLC - Non-Operating Property |
| 10411 | Winchester & Western - Non-Operating Property |
| 10412 | National Railroad Passenger Corp. - Non-Operating Property |
| 10413 | Eighteen Thirty Group/George Creek Railroad - Non-Operating Property |
| 08500 | Armstrong Telephone - Operating Property |
| 08501 | AT&T Comm. of MD - Operating Property |
| 08502 | Verizon (Formerly Bell Atlantic - Maryland) - Operating Property |
| 08503 | MCI - Operating Property |
| 08504 | U S Sprint - Operating Property |
| 08505 | Cable & Wireless - Operating Property |
| 08508 | Frontier Communications - Operating Property |
| 08510 | MCI Metro Access - Operating Property |
| 08511 | KMC Telecom III, Inc. - Operating Property |
| 08512 | Level 3 Communications, LLC - Operating Property |
| 08513 | Broad Wing Communications - Operating Property |
| 10500 | Armstrong Telephone - Non-Operating Property |
| 10501 | AT&T Comm. of MD - Non-Operating Property |
| 10502 | Verizon (Formerly Bell Atlantic - Maryland) - Non-Operating Property |
| 10503 | MCI - Non-Operating Property |
| 10504 | U S Sprint - Non-Operating Property |
| 10505 | Cable & Wireless - Non-Operating Property |
| 10508 | Frontier Communications - Non-Operating Property |

| 10510 | MCI Metro Access - Non-Operating Property |
| 10511 | KMC Telecom III, Inc. - Non-Operating Property |
| 10512 | Level 3 Communications, LLC - Non-Operating Property |
| 10513 | Broad Wing Communications - Non-Operating Property |
| 08600 | Amelano - Operating Property |
| 08602 | Campus Hills Water - Operating Property |
| 08603 | Artesian Watern Maryland (formerly Carpenters Pt. Water) - Operating Property |
| 08604 | Artesian Water Maryland (formerlc CECO Utilties) - Operating Property |
| 08606 | Greenridge Utilities - Operating Property |
| 08609 | MD America Water - Operating Property |
| 08610 | Maryland Water Services - Operating Property |
| 08611 | Pomonk Utilties - Operating Property |
| 08613 | Provinces Water Company - Operating Property |
| 08614 | Rawlings Hgts. Water - Operating Property |
| 08616 | Rose Haven - Operating Property |
| 08617 | Severn Water - Operating Property |
| 08618 | T & C Utility - Operating Property |
| 08619 | Utilco - Operating Property |
| 08620 | Util. Inc. of MD - Operating Property |
| 08622 | White Plains Water - Operating Property |
| 08623 | Pinehill Water - Operating Property |
| 08624 | Piney Orchard Waste Water - Operating Property |
| 08625 | Western Shores Water - Operating Property |
| 08626 | Pomonkey Water - Operating Property |
| 08627 | Red Hill Estates - Operating Property |
| 08628 | Calvert Beach Water Company - Operating Property |
| 08631 | M.H. Utilities - Operating Property |
| 08632 | Steeplechase Water Works - Operating Property |
| 10600 | Amelano - Non-Operating Property |
| 10602 | Campus Hills Water - Non-Operating Property |
| 10603 | Artesian Watern Maryland (formerly Carpenters Pt. Water) - Non-Operating Property |
| 10604 | Artesian Water Maryland (formerly CECO Utilties) - Non-Operating Property |
| 10606 | Greenridge Utilities - Non-Operating Property |
| 10609 | MD America Water - Non-Operating Property |

| 10610 | Maryland Water Services - Non-Operating Property |
|---|---|
| 10611 | Pomonk Utilties - Non-Operating Property |
| 10613 | Provinces Water Company - Non-Operating Property |
| 10614 | Rawlings Hgts. Water - Non-Operating Property |
| 10616 | Rose Haven - Non-Operating Property |
| 10617 | Severn Water - Non-Operating Property |
| 10618 | T & C Utility - Non-Operating Property |
| 10619 | Utilco - Non-Operating Property |
| 10620 | Util. Inc. of MD - Non-Operating Property |
| 10622 | White Plains Water - Non-Operating Property |
| 10623 | Pinehill Water - Non-Operating Property |
| 10624 | Piney Orchard Waste Water - Non-Operating Property |
| 10625 | Western Shores Water - Non-Operating Property |
| 10626 | Pomonkey Water - Non-Operating Property |
| 10627 | Red Hill Estates - Non-Operating Property |
| 10628 | Calvert Beach Water Company - Non-Operating Property |
| 10631 | M.H. Utilities - Non-Operating Property |
| 10632 | Steeplechase Water Works - Non-Operating Property |
| 08700 | Veolia Energy Baltimore Heating - Operating Property |
| 10700 | Veolia Energy Baltimore Heating - Non-Operating Property |

**Parcel file field information for field "TOWN_CODE"**

| Town Code | Municipality |
|---|---|
| 1 | Friendship Heights |
| 2 | Drummond |
| 3 | Oakmont |
| 4 | Chevy Chase Village |
| 5 | Section #3, Village of Chevy Chase |
| 6 | Town of Chevy Chase |
| 7 | Section #5, Village of Chevy Chase |
| 8 | Village of Martin's Addition |
| 9 | North Chevy Chase |
| 10 | Chevy Chase View |
| 11 | Battery Park |
| 12 | City of Rockville |
| 13 | City of Gaithersburg |
| 14 | Town of Barnesville |
| 15 | Town of Laytonsville |
| 16 | Town of Poolesville |
| 17 | Town of Garrett Park |
| 18 | Town of Glen Echo |
| 19 | Town of Somerset |
| 20 | Town of Brookeville |
| 21 | Town of Washington Grove |
| 22 | Town of Kensington |
| 23 | City of Takoma Park |

Exhibit D

# Prior Bill 23-24 Map

