**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JULIO BARRETO, JR., *et al.*,

      *Plaintiffs*,

      Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD,

      *Defendant.*

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on July 31, 2026, a copy of Plaintiffs' Motion for an Administrative Stay, for a TRO and for a Preliminary Injunction, and the supporting Memorandum and Declarations were served on defendant Montgomery County via email to the counsel for the County at:

Erin.Ashbarry@montgomerycountymd.gov

Edward.Lattner@montgomerycountymd.gov

Meg.Turlington@montgomerycountymd.gov

Kristen.Nunley@montgomerycountymd.gov

jschwaber@steinsperling.com

dpeters@steinsperling.com

jcornwell@steinsperling.com

      */s/ Mark W. Pennak*

      Mark W. Pennak, Counsel for Plaintiffs