**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JULIO BARRETO, JR., *et al.*,

          *Plaintiffs*,

          Case No. 26-cv-02912-DKC

MONTGOMERY COUNTY, MD,

          *Defendant.*

**PROPOSED ORDER**

Having reviewed plaintiffs' motions of July 31, 2026, for an Administrative Stay, for a TRO and for a Preliminary Injunction, and the supporting Memorandum and Declarations and the response to the motions filed by the defendant,

IT IS ORDERD THAT plaintiffs' motion for an Administrative Stay is granted and that stay will continue in place pending further order of the Court,

IT IS FURTHER ORDERED THAT, plaintiffs' motion for a temporary restraining order is GRANTED, and defendant is hereby restrained for 14 days from enforcing Section 57-10 and Section 57-11(a) of Chapter 57 of the Montgomery County Code as against persons who have a wear and carry permit issued by the Maryland State Police,

IT IS FURTHER ORDERED THAT, plaintiffs' motion for a PRELIMINARY INJUNCTION is GRANTED and defendant and its officers, agents, servants, employees, and all persons in concert or participation with it who receive notice of the injunction, are hereby ENJOINED from enforcing Section 57-10 and Section 57-11(a) of Chapter 57 of the Montgomery County Code as against persons who have a wear and carry permit issued by the Maryland State Police.

DATE: _____

_____

United States District Judge