IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JULIO BARRETO, JR., et al.                    :

                                              :

    v.                                        :   Civil Action No. DKC 26-2912

                                              :

MONTGOMERY COUNTY MARYLAND                    :

                                              :

            * * * * * * * * * * *

                                              :

SILVER SPRING JEWISH CENTER,
et al.                                        :

    v.                                        :   Civil Action No. DKC 26-2963

                                              :

MONTGOMERY COUNTY, MARYLAND,
et al.                                        :

**ORDER**

Judge Chuang is aware of the expected status report on August 17, 2026, concerning all four cases.  In Civil Action Nos. DKC 26-2912 and DKC 26-2963, all deadlines are suspended pending further order of court.

                              _____/s/_____
August 11, 2026               DEBORAH K. CHASANOW
                              United States District Judge