August 17, 2026

**VIA ELECTRONIC MAIL**
The Honorable Deborah K. Chasanow, District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770
MDD_DKCChambers@mdd.uscourts.gov

**RE: *Silver Spring Jewish Center, Inc. et al. v. Montgomery County, Maryland, et al.*, Case No. 8:26-Cv-02963-DKC; *Julio Barreto, Jr., et al. v. Montgomery County, MD,* Case No. 26-cv-02912-DKC**

Dear Judge Chasanow:

Undersigned counsel represents the *Barreto* plaintiffs in the above-captioned matter. This letter is intended to respond to the August 17, 2026, letter to the Court submitted by counsel for the County and set forth additional points that counsel for the County declined to include in counsel's letter to the Court, to wit:

> The *Barreto* complaint alleges two State law claims (Counts I and II) which are sufficient to resolve the pending motions of the *Barreto* plaintiffs without addressing the Second Amendment issues presented in the *Barreto* complaint (Count III), and in the complaints filed in *Silver Spring Jewish Center* and in the suit filed by the United States. The County has been on notice of these State law claims (as well as the Second Amendment issues) since June 9, 2026, and thus already has had more than two months to prepare a response. See Complaint, Exh. D. at 88. The delay to date was imposed without notice to or the participation of counsel for the *Barreto* plaintiffs and was and is unjustified. As to the specific extension schedule suggested by the County, the *Barreto* plaintiffs believe a 30-day extension for the County is unreasonable and unwarranted given the ongoing constitutional violations imposed by a law that the County voluntarily elected to enact on an emergency basis and thus make effective immediately. The abbreviated, 14-day extension for a reply (to September 25, 2026), conflicts with the September 25, 2026, oral argument date set in Russell v. District of Columbia, No. 25-7163 (D.C. Cir.), in which counsel for the *Barreto* plaintiffs is counsel for the plaintiffs and for which counsel for the *Barreto* plaintiffs needs to prepare in consultation with co-counsel in that case.

Thank you for your attention to this matter.

Respectfully ,

*/s/ Mark W. Pennak*

MARK W. PENNAK
Maryland Shall Issue, Inc.

9613 Harford Rd, Ste C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
*Counsel for the Barreto Plaintiffs*