**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JULIO BARRETO, JR., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND<br><br>Defendant. | : | Case No. 8:26-cv-02912-DKC |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE STAY, FOR A TRO, AND FOR A PRELIMINARY INJUNCTION**

Defendant, Montgomery County, Maryland (the "County"), by and through its counsel, Jeffrey M. Schwaber, Deanna L Peters, and the Law Firm of Stein Sperling Bennett De Jong Driscoll PC, and Erin J. Ashbarry of the Office of the County Attorney, pursuant to Fed. R. Civ. P. 65, respectfully requests that this Court deny Plaintiffs' Motion for An Administrative Stay, for a TRO and for a Preliminary Injunction (ECF No. 8). Plaintiffs cannot meet their burden of demonstrating a clear likelihood of success on the merits of any of their claims, and they otherwise are not entitled to the extraordinary relief they seek. The grounds for this Opposition, including supporting legal authority, are set forth in the accompanying Memorandum of Law. Accordingly, the Motion should be denied.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

By: /s/ Jeffrey M. Schwaber

Jeffrey M. Schwaber (Bar ID #06095)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)
Deanna L. Peters (Bar ID #15674)
dpeters@steinsperling.com
(301) 354-8131 (facsimile)
STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

/s/ Erin J. Ashbarry

Erin J. Ashbarry (Bar ID #26298)
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, Maryland 20850
Tel: (240) 777-6700
Fax: (240) 777-6705

*Attorneys for Montgomery County, Maryland*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August, 2026, a copy of the foregoing was sent to all counsel of record via CM/ECF.

/s/ Jeffrey M. Schwaber

Jeffrey M. Schwaber (Bar ID 419681)