**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JULIO BARRETO, JR., *et al.* | : | |
| | : | |
| Plaintiffs, | : | Case No. 8:26-cv-02912-DKC |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY, MARYLAND | : | |
| | : | |
| Defendant. | : | |

**DISCLOSURE OF CORPORATE INTEREST**
**<u>BY DEFENDANT MONTGOMERY COUNTY, MARYLAND</u>**

The following corporations, unincorporated associations, partnerships or other business entities which are not parties, may have a financial interest in the outcome of this litigation:

Ambridge Partners, LLC; Underwriters at Lloyd's London; General Star Indemnity Company; and Genesis Management and Insurance Services, LLC.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

By: /s/ Jeffrey M. Schwaber

Jeffrey M. Schwaber (Bar ID #06095)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)
Deanna L. Peters (Bar ID #15674)
dpeters@steinsperling.com
(301) 354-8131 (facsimile)
STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

/s/ Erin J. Ashbarry

Erin J. Ashbarry (Bar ID #26298)
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, Maryland 20850
Tel: (240) 777-6700
Fax: (240) 777-6705

*Attorneys for Defendant, Montgomery County, Maryland*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2026, a copy of the foregoing was sent to all counsel of record via CM/ECF.

/s/ Jeffrey M. Schwaber

Jeffrey M. Schwaber (Bar ID #06095)