IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**MARYLAND SHALL ISSUE, INC., *et al.*,**

*Plaintiffs,*

vs.

**MONTGOMERY COUNTY, MARYLAND,**

*Defendant.*

**Case No.: 485899V**

**ORDER GRANTING CERTIFICATION OF FINAL JUDGMENT UNDER MD RULE 2-602**

The Court has granted plaintiffs' motion for summary judgment on Counts I, II, and III of the Second Amended Complaint and, by separate orders, has awarded declaratory and permanent injunctive relief to plaintiffs. At the request of the parties, the Court has severed and withheld adjudication of the amount of "just compensation" available to plaintiffs under the "takings" claim set forth in Count III of the Second Amended Complaint. Pursuant to MD Rule 2-602, the Court hereby finds that there is no just reason for delay in entering a final judgment and hereby directs the entry of final judgment on Counts I, II, and III of the Second Amended Complaint.

12/12/2023 1:54:30 PM

JUDGE, Circuit Court for
Montgomery County, Maryland
Ronald B. Rubin

DATED: 12/12/2023

cc: All parties of record

Entered: Clerk, Circuit Court for
Montgomery County, MD
December 15, 2023