**Mark W. Pennak**
*President*

MARYLAND SHALL ISSUE
SELF DEFENSE IS A CIVIL RIGHT

September 10, 2026

VIA ELECTRONIC MAIL and ECF Filing
The Honorable Deborah K. Chasanow, District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770
MDD_DKCChambers@mdd.uscourts.gov

**RE: *Silver Spring Jewish Center, Inc. et al. v. Montgomery County, Maryland,* et al., Case No. 8:26-Cv-02963-DKC; J*ulio Barreto, Jr., et al. v. Montgomery County, MD*, Case No. 26-cv-02912-DKC**

Dear Judge Chasanow:

Undersigned counsel participated virtually via Zoom today in a hearing before the Honorable Judge Rubin in *Engage Armament v. Montgomery County,* MD, No. 484899V (Circuit Court for Montgomery County, MD). Judge Rubin ruled from the bench that the court was bound by the mandate of the Maryland Supreme Court in *Engage Armament v. Montgomery County*, 494 Md. 1 (2026), and that the court would enter the relief for plaintiffs as directed by that mandate. Judge Rubin denied the County's motion to dismiss for mootness and stated that the court would enter orders awarding declaratory and injunctive relief, as proposed by plaintiffs on August 10, 2026. Those proposed orders are attached. The court declined to consider a proposed declaratory judgment order submitted by the County, ruling that the filing was untimely. Judge Rubin accorded plaintiffs 30 days to file a petition for attorneys' fees under 42 U.S.C. § 1988.

Respectfully,

*/s/ Mark W. Pennak*

MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
Counsel for the *Barreto* Plaintiffs

cc: All Counsel via email and ECF service.