E-FILED; Montgomery Circuit Court
Docket: 8/10/2026 10:36 AM; Submission: 8/10/2026 10:36 AM
Envelope: 27729657

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

**MARYLAND SHALL ISSUE, INC., *et al.*,**

*Plaintiffs,*

vs.

**MONTGOMERY COUNTY, MARYLAND**,

*Defendant*.

**Case No.: 485899V**

**ORDER GRANTING INJUNCTIVE RELIEF**

UPON REMAND and pursuant to Maryland Rule 8-604(d)(1), and Maryland Rule 8-806(e), and pursuant to the May 29, 2026, MANDATE of the Maryland Supreme Court in *Engage Armament et al. v. Montgomery County*, No. 9 September Term, 2025, 494 Md. 1 (2026), and the June 16, 2026, MANDATE of the Appellate Court of Maryland in *Montgomery County v. Engage Armament*, ACM-REG-2319-2023, No. 2319, September Term 2023, it is hereby

ORDERED for the reasons set forth in the decision and opinion of the Maryland Supreme Court in *Engage Armament LLC v. Montgomery County,* 494 Md. 1 (2026), and in the Court's Order awarding a Declaratory Judgment, filed herewith, that Montgomery County, its employees, agents, officers, and all other persons acting in concert with the County and who have actual notice of this ORDER, are hereby permanently enjoined from enforcing or applying or otherwise implementing:

1. The Montgomery County Code, as amended by Bill 4-21 and Bill 21-22E, to the extent that it addresses or purports to regulate as a place of public assembly the following locations: a hospital, a community health center, a long-term facility, a childcare facility, a government

building (as defined), and a gathering of individuals without regard to the place in which they are gathering;

2. Section 57-7(d) of the Montgomery County Code, as amended by Bill 4-21 and Bill 21-22E;

3. Section 57-7 and Section 57-11(a), of the Montgomery County Code, as amended by Bill 4-21 and Bill 21-22E, to the extent those Sections address or purport to regulate firearms that have been serialized by firearms dealers in compliance with federal and State law;

4. Section 57-11(a) of the Montgomery County Code, as amended by Bill 4-21 and Bill 21-22E, to the extent it applies to holders of State-issued wear-and-carry permits.

________________________________
JUDGE, Circuit Court for
Montgomery County, Maryland

DATED: ______________________

cc: All Parties of Record