E-FILED; Montgomery Circuit Court
Docket: 8/10/2026 10:36 AM; Submission: 8/10/2026 10:36 AM
Envelope: 27729657

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

**MARYLAND SHALL ISSUE, INC.,** ***et al.*****,**

*Plaintiffs,*

vs.

**MONTGOMERY COUNTY, MARYLAND**,

*Defendant*.

**Case No.: 485899V**

**DECLARATORY JUDGMENT**

UPON REMAND and pursuant to Maryland Rule 8-604(d)(1), and Maryland Rule 8-806(e), and pursuant to the May 29, 2026, MANDATE OF the Maryland Supreme Court in *Engage Armament, et al. v. Montgomery County*, No. 9 September Term, 2025, 494 Md. 1 (2026), and the June 16, 2026, MANDATE of the Appellate Court of Maryland in *Montgomery County v. Engage Armament*, ACM-REG-2319-2023, No. 2319, September Term 2023, it is hereby

DECLARED that Montgomery County exceeded its authority under Criminal Law § 4-209(b)(1)(iii), when it amended the Montgomery County Code in Bill 4-21 and Bill 21-22E to include within the definition of a place of public assembly the following locations: hospital, community health center, long-term facility, childcare facility, government building (as defined), and gathering of individuals without regard to the place in which they are gathering, and

DECLARED that Montgomery County exceeded its authority under Criminal Law § 4-209(b)(1)(i) in adopting § 57-7(d) of the Montgomery County Code, as amended by Bill 4-21 and Bill 21-22E, and

DECLARED that the definition of "ghost guns" in § 57-1 of the County Code, as amended by Bill 4-21 and Bill 21-22E, conflicts with State law to the extent it includes firearms that have been serialized in compliance with federal and State law and that the provisions of §§ 57-7 and 57-11(a), as amended by Bill 4-21 and Bill 21-22E, addressing ghost guns are preempted to the extent they purport to apply to firearms that have been serialized by firearms dealers in compliance with federal and State law, and

DECLARED that § 57-11(a) of the Montgomery County Code, as amended by Bill 4-21 and Bill 21-22E, is not a local law within the meaning of Article XI-A of the Maryland Constitution because of its application to holders of State-issued wear-and-carry permits traveling on public highways who cross within 100 yards of a place of public assembly.

________________________________
JUDGE, Circuit Court for
Montgomery County, Maryland

DATED: ______________________

cc: All Parties of Record