IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JULIO BARRETO, JR., et al. | : | |
| v. | : | Civil Action No. DKC 26-2912 |
| MONTGOMERY COUNTY, MARYLAND | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of September, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion filed by Plaintiffs for a temporary restraining order or preliminary injunction (ECF No. 8) BE, and the same hereby IS, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

/s/
DEBORAH K. CHASANOW
United States District Judge