**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JULIO BARRETO, JR.
9811 Cahart Pl.
Silver Spring, MD 20903,

DR. HOWARD SACHS,
4200 Leland Street
Chevy Chase, MD 20815,

MATTHEW EDWARD MOORE
17809 Teri Dr.
Derwood MD, 20855,

ALAN DUNCAN
22719 Squire Ln.
Queen Anne, MD 21657,

ARTHUR SCOTT THACHER
355 John Owings Rd,
Westminster, MD 21158,

MARYLAND SHALL ISSUE, INC.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234,

*Plaintiffs*,

*v.*

MONTGOMERY COUNTY, MD,
101 Monroe Street
Rockville, Maryland 20850,

*Defendant.*

Case No. 26-cv-02912-DKC

**NOTICE OF APPEAL**

Pursuant 28 U.S.C. § 1292(a)(1), all the plaintiffs, including each plaintiff captioned above, hereby appeal to the United States Court of Appeals for the Fourth Circuit, the district court's order (Docket # 29) and memorandum opinion (Docket # 28) dated and filed on

September 10, 2026, denying plaintiffs' motion for a preliminary injunction, filed on July 31, 2026 (Docket # 8).

Respectfully submitted,

*/s/ Mark W. Pennak*

Matthew Larosiere
6964 Houlton Cir.
Lake Worth, FL 33467
Larosieremm@gmail.com

Mark W. Pennak
MARYLAND SHALL ISSUE, INC.
9613 Harford Rd, Ste C #1015
Baltimore, MD 21234
mpennak@marylandshallissue.org
Phone: (301) 873-3671
District Court Bar # 21033

Dated: October 9, 2026

*Counsel for Plaintiffs*