FILED: October 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2473
(8:26-cv-02912-DKC)

---

JULIO BARRETO, JR.; HOWARD SACHS; MATTHEW EDWARD MOORE; ALAN DUNCAN; ARTHUR SCOTT THACHER; MARYLAND SHALL ISSUE, INC.

Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:26-cv-02912-DKC |
| Date notice of appeal filed in originating court: | 10/09/2026 |
| Appellant(s) | Julio Barreto, Jr., Alan Duncan, Maryland Shall Issue, Inc., Matthew Edward Moore, Howard Sachs, Arthur Scott Thacher. |
| Appellate Case Number | 26-2473 |
| Case Manager | R. Phillips<br>804-916-2702 |