FILED: November 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2473
(8:26-cv-02912-DKC)

---

JULIO BARRETO, JR.; HOWARD SACHS; MATTHEW EDWARD MOORE; ALAN DUNCAN; ARTHUR SCOTT THACHER; MARYLAND SHALL ISSUE, INC.

Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

Defendant - Appellee

---

O R D E R

---

Upon consideration of appellants' unopposed motion to place this case in abeyance pending disposition of the petition for certiorari filed by the *Kipke* plaintiffs in *Kipke v. Moore*, 165 F.4th 194 (4th Cir. 2026), *petition for certiorari pending*, *sub nom. Novotny v. Moore*, No. 25-1324 (U.S. filed May 20, 2026) in the United States Supreme Court.

Counsel shall immediately notify this court upon issuance of a decision by the Supreme Court.

For the Court

/s/ Nwamaka Anowi, Clerk